**EXHIBIT 1**

-----Original Message-----
From: David M. M. Taffet [mailto:dmmt@platypus.bz]
Sent: Saturday, December 07, 2013 3:47 PM
To: Jeff Russell
Subject: Taffet REO.xls

**SCHEDULE OF REAL ESTATE OWNED - DAVID M. M. TAFFET/PLATYPUS, INC.**

| | Property Address | Property Type | Purchase Date | Purchase Price | Cost of Improv. Made | Mortgage Balance | Mrkt Value As Is | Funds needed to Complete | ARV | Cur. Mo. Rent. Inc. |
|---|---|---|---|---|---|---|---|---|---|---|
| | **CHICAGO PROPERTIES** | | | | | | | | | |
| 1 | 7430 S Kenwood Chicago, IL | 14 Unit Apt. Building | 7/12 | $ 98,000 | $ 334,035 | $ - | $ - | $ 150,000 | $1,500,000 | $ 1,600 |
| 2 | 4127 S Michigan Chicago, IL | 6 Unit Apt. Building | 6/12 | $ 199,000 | $ 128,398 | $ - | $ - | $ 700,000 | $2,600,000 | $ - |
| 3 | 4009 S Calumet Chicago, IL | 8 Unit Apt. Building | 6/12 | $ 105,000 | $ 197,182 | $ - | $ - | $ 150,000 | $1,800,000 | $ - |
| | TOTAL - Chicago Properties | | | $ 402,000 | $ 659,615 | $ - | $ - | $ 1,000,000 | $5,900,000 | $ 1,600 |
| | **NEW ORLEANS PROPERTIES** | | | | | | | | | |
| 1 | 901 Piety New Orleans, LA | Mixed Use | 3/12 | $ 350,000 | $ 195,000 | $ - | $ - | $ 475,000 | $2,800,000 | $ - |
| 2 | 1443 N Roman St New Orleans, LA | Mixed Use | 7/12 | $ 82,119 | $ 135,000 | $ - | $ - | $ 75,000 | $ 700,000 | $ 1,000 |
| 3 | 1425 N Prieur New Orleans, LA | SFR plus rear rental | 7/12 | $ 180,000 | $ 275,000 | $ - | $ - | $ 210,000 | $1,400,000 | $ - |
| 4 | 1009-11 N Claiborne New Orleans, LA | Mixed Use | 11/10 | $ 2,300 | $ 125,000 | $ - | $ - | $ 160,000 | $ 475,000 | $ - |
| 5 | 1013-15 N Claiborne New Orleans, LA | Mixed Use | 11/10 | $ 135,000 | $ 110,000 | $ - | $ - | Completed | $ 350,000 | $ 1,800 |
| 6 | 1025 N Claiborne New Orleans, LA | Warehouse Commercial | 11/12 | $ 50,000 | $ 570,000 | $ - | $ - | $ 140,000 | $1,400,000 | $ - |
| 7 | 1839-41 St. Ann New Orleans, LA | 4 Unit Apt. Building | 4/11 | $ 2,500 | $ 37,500 | $ - | $ - | Completed | $ 250,000 | $ 2,800 |
| 8 | 2017-19 Dumaine New Orleans, LA | 3 Semi-Det SFRs | 6/11 | $ 20,000 | $ 40,000 | $ - | $ - | Completed | $ 375,000 | $ 1,400 |
| 9 | 2031-33 Dumaine New Orleans, LA | 7 Unit Apt. Building | 6/11 | $ 135,000 | $ 75,000 | $ - | $ - | Completed | $ 475,000 | $ 2,800 |
| | TOTAL - New Orleans Properties | | | $ 956,919 | $ 1,562,500 | $ - | $ - | $ 1,060,000 | $8,225,000 | $ 9,800 |
| NO X | 1031 N Claiborne New Orleans, LA | Theater | 11/10 | $ 135,000 | $ 236,000 | $ - | $ - | TBD | $4,000,000 | |

**PROPERTY DESCRIPTIONS**

| | |
|---|---|
| CH1 | 3 story 14 unit apt building, full basement, 12 pkng spaces. Will be kept as rental. Working on VA contract. Projected mo. Rental income is projected at $13,524 to $24,000 per month, depending on VA contract. |
| CH2 | 3 story six-flat greystone in Bronzeville area, full basement. 3 2-car garages in rear. Will be turned into 8 condos. 6 regular condos and 2 condos in the basement. Projected sale of the units at $350K and 2 basement units at $150K each. Total $2.6 million. |
| CH3 | 3 story 8 unit property. Full basement. 6 2BR units and 2 garden units. 6 pkng spaces in rear. Projected sales - $250K for the 2BR and $150K for the garden units. |

| | |
|---|---|
| NO1 | Multi unit w/commercial property. 2 two-floor 2 BR ($350K Each) 2 efficiencies ($100K each) and 4 2BR apts ($350K each) with 10,000 sq. ft. commercial space. Commercial space income at $7K/month. Tax credits available. |
| NO2 | Multi unit with commercial property. 3BR apt, 2 BR apt, efficiency apt and 1,200 sq. ft. commercial space. Sell property as a home with rental income. |
| NO3 | Former Olivier estate. Spanish colonial mansion turned bed&breakfast. Pool house in back to rented out. Sell property as a home with rental income. |
| NO4 | 2 SFR being converted into 2 2BR apts and 3,000 sq. ft. restautant. Rents at $935/month for apts and $2,000/month for restaurant space. |
| NO5 | |
| NO6 | Commercial warehouse space - 5,350 sq. ft. Antique village and captive wood shop, mechanic shop and corporate office. 17 antique village booths at $10,200/month rental income. |
| NO7 | 4 1BR apts. Projected rental income of $2,800/month. |
| NO8 | 3 semi-detached SFRs. Projected income of $2,805/month. |
| NO9 | 6 apt units with garage apt in rear. Projected rental income of $4,370/month. |

| | |
|---|---|
| NO X | Originally the Historic Harlequin Theater and the Clabon Theater. The property has significant, untapped historic and arts tax credits. |