**EXHIBIT 2**

**EXHIBIT 2**

## *Platypus Management*

### New Orleans Property Portfolio

| Property Address | Pre-Purchase Photo | Purchase Amount | Value at time of Purchase | Approx. Amount Invested to Date | Estimated Value to Date | $ To Complete | Estimated Date of Completion | Completion Value and/or Revenue |
|---|---|---|---|---|---|---|---|---|
| **901 Piety** | | $360,000 | $800,00 | $35,000 | $835,000 | $450,000 | 10/2012 | Property Value $1.8 million+<br><br>Revenue $10,000/month or $21,000/month |
| **913-915 Prieur** | | Assumption of $213,000 loan | $270,000 | 0 | $270,000 | $23,000 By 2/2012 | 2/2012 | $2,350/month Residential Rental |
| **935 N Prieur** | | Assumption of $70,000 loan | $170,000 | 0 | $170,000 | $25,000 By 2/2012 | 2/2012 | $1,200/month Residential Rental |

| Address | Photo | | | | | | | Notes |
|---|---|---|---|---|---|---|---|---|
| **1425 N Prieur** | | $180,000 | $320,000 | $120,000 | $700,000 | $100,000 | 4/2012 | Property Value $900,000 |
| **1009 N Claiborne Ave** | | $2,300 | $100,000 | $25,000 | $143,400 | $100,000 | 5/2012 | Revenue $16,00/month Restaurant Revenue  $1,600/month Residential Rental |
| **1013-1015 N Claiborne** | | $2,300 | $100,000 | $150,000 | $260,000 | $30,000 | 4/2012 | $1,600/ month Residential Rental $16,000/month Restaurant Revenue |
| **1025 N Claiborne** | | $50,000 | $220,000 | $10,000 | $250,000 | $41,500 by 2/2012  Construction $250,000 | 6/2012 | $8,000/month Commercial Revenue |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 10 31 N Claiborne | | $135,000 | $770,000 | $95,000 | $780,000 | $210,000 | 6/2012 | $12,000/month Commercial Revenue |
| 1839 St Ann Street | | $12,500 | $143,000 | $22,000 | $159,000 | $40,000 | 3/2012 | $2400/month Residential Rental |
| 2013 Dumaine | | $60,000 | $169,000 | $32,000 | $250,000 | $100,000 | 6/2012 | $3,000/month Residential Rental |
| 2017 - 2019 Dumaine | | $20,000 | $120,000 | $15,000 | $133,000 | $60,000 | 6/2012 | $2400/month Residential Rental |
| 2031-2033 Dumaine | | Assumption of Note $220,000 | $350,000 | 0 | $350,000 | 0 | n/a | $3,300/month Residential Rental |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **907 Iberville** | | n/a | n/a | n/a | n/a | $20,000<br><br>$1,200/month Lease Obligation | n/a | $2,100/month<br>Current Commercial Revenue<br><br>$5,000/month<br>Upon Completion |
| **Two Lots on Claiborne and 2614 St Claude** | | $105,000 | $440,000 | $110,000 | $550,000 | $20,000 by 3/1/12 and<br><br>$50,000 by 4/15/2012 | 4/15/2012 | Property Value $550,000 or<br><br>Commercial Revenue $16,000 |