**EXHIBIT 3**



# T. R. Williams
Community Investment, Real Estate Development, Construction Management
Greater Chicago Area | Nonprofit Organization Management

**Join LinkedIn and access T. R. Williams's full profile. It's free!**

As a LinkedIn member, you'll join 300 million other professionals who are sharing connections, ideas, and opportunities.

- See who you and **T. R. Williams** know in common
- Get introduced to **T. R. Williams**
- Contact **T. R. Williams** directly

[View T. R.'s full profile]

## T. R. Williams's Overview

**Current**    Managing Partner at **Platypus Holdings Inc./Platypus Management LLC**
Founder/Program Facilitator at **ENUTROF Youth and Vocational Services**
Founder at **Alejo Treme**
see all

**Education**    Tulane University

**Connections**    **271** connections

## T. R. Williams' Summary

At first glance, one might think, "she's all over the place"!--and in a way, it's TRUE.

Much of my work and most of my roots are in Chicago. At the same time, I'm working on several projects in Philadelphia. I love what I do and enjoy every moment that I spend working in those two amazing cities, however the projects closest to my heart lie in the city that I now call home: the City of New Orleans.

Following Hurricane Katrina, my goal was to help restore New Orleans by renovating homes and creating beautiful community surroundings. As a real estate developer, this was easy, this is "what I do".

As I made my way through my initial project—renovating a home for myself—I began to pay close attention to the plight of the residents that made up Treme, the New Orleans neighborhood that I chose to call home. Throughout the community I observed a shared and lingering sense of devastation and hopelessness. As is the case with many blighted communities, the response manifested as criminal activity and violence, amplifying the level of fear and loss.

My New Orleans-based companies, projects and activities were all created in response to the critical need--all around me--not just for the restoration of homes, but for the restoration of human spirit.

Like a mother's love, there's still room in my heart for the families and communities of Chicago, Philadelphia, and more. With the right support of the community, along with financing, funding and advocacy--it's my goal to duplicate successful programming and help bring structural and spiritual restoration to other communities in need.

## T. R. Williams' Experience

**Managing Partner**
**Platypus Holdings Inc./Platypus Management LLC**
2011 – Present (3 years) | Greater Philadelphia and New Orleans Areas

Platypus Management is a consulting company engaged in re-engineering, management consulting, investment banking and private equity. Currently, Platypus is involved in restoring and developing commercial and residential real estate in neighborhoods located in NOLA, South Chicago and the Main Line outside of Philadelphia.

**Founder/Program Facilitator**
**ENUTROF Youth and Vocational Services**
2007 – Present (7 years) | Greater New Orleans Area

The goal of ENUTROF is to reverse the sense of permanent misfortune (thus the spelling of the name, indicating the reversal of fortune) by fostering a sense of commitment in young people that will promote strong interpersonal skills, create friendships, and reiterate a sense of hope in the future. The support services aspects of the program include counseling, advocacy, youth advisory and community board involvement. The Tutoring Program offers in-school participation classes and after-school tutoring to New Orleans Public School students, ages 6-18 years who are at risk of failing in math, reading, English, and foreign language. Students work with committed volunteers and upper-level undergraduate students in all subject areas. The program consists of both individual tutoring and group tutoring. Additionally, other historic properties on Claiborne have been transformed into learning labs and workshops in support of ENUTROF's vocational training programs which include woodshop, welding, horticulture, bio-fuel, and auto mechanics. An interactive aviation program is also in development. As students learn these new skills and trades, they are also presented with opportunities to give back to their community.

**Founder**
**Alejo Treme**
2006 – Present (8 years) | Greater New Orleans Area

Alejo Treme provides behavioral modification services and vocational training to ex-offenders. Once trained, the program participants are placed on construction jobs with a mentor, so they have a stake in the restoration of their own community. Further, they can leave the program with a marketable skill that they can use to secure future employment. Youth participants from ENUTROF are also placed on construction and labor jobs via Alejo Treme.

**Owner**

**Swank**
May 2002 – Present (12 years 3 months)

Various rental, retail and restaurant holdings throughout Chicagoland.

### President
**Flawless Construction**
2008 – Present (12 years) | Greater Chicago Area

Flawless Construction is a woman-owned licensed contractor with offices in Chicago and Philadelphia. Currently in the process of becoming certified as MBE/MBWE.

## T. R. Williams' Skills & Expertise

| Construction Management | Construction Safety | Financial Structuring | Independent Financial Advice | Non-profit Administration |
| Vocational Rehabilitation | Vocational Education | Vocational Evaluation | Youth Development | Youth Mentoring |
| Community Outreach | Prisoner Reentry | Behavior Modification | Homelessness Prevention | Historical Renovations |
| Restaurant Management | New Restaurant Openings | Secret Shopping | Business Consulting | Quality Control |

View All (29) Skills

## T. R. Williams' Education

**Tulane University**
2008 – 2010

## T. R. Williams' Additional Information

Groups and Associations:

 Harvard Business Review

 The Commercial Bankers Group

 U.S. Government Relations, Lobbying and Public Affairs (Lobbyist - Lobbyists)

### Contact T. R. for:
- job inquiries
- business deals
- getting back in touch
- expertise requests
- reference requests

### View T. R. Williams' full profile to...
- See who you and **T. R. Williams** know in common
- Get introduced to **T. R. Williams**
- Contact **T. R. Williams** directly

[ View T. R.'s full profile ]

Not the T. R. Williams you were looking for? View more »

---