**EXHIBIT 4**

# PLATYPUS HOLDINGS, LLC
### FEBRUARY 2012 INVOICE

BILL TO
Jeffrey B. Russell and
Rosemary Russell
14 Wood Road
Wilmington, DE 19806

**Invoice # 1**

**Invoice Date:** March 28, 2012

**Due Date:** April 2, 2012

| DATE | EXPENSE DISCRIPTION | EXPENSE AMOUNT |
|------|---------------------|----------------|
| February 2012 | Building and Materials   (B&M) | $98,098.68 |
| February 2012 | Labor | $58,777.00 |
| February 2012 | Mortgage Payments | $1,991.44 |
| February 2012 | Management Fees | $6,250.00 |
| February 2012 | Administrative Fees | $3,953.00 |
| February 2012 | Travel and Entertainment  (T&E) | $11,498.07 |
| February 2012 | Charitable Donations | $4,700.00 |
| February 2012 | Miscellanea | $1,859.54 |
| | Subtotal | $187,127.73 |
| | BALANCE DUE (30%) | $56,138.32 |

Please remit your payment using the wire transfer information below.

## REMITTANCE BY WIRE TRANSFER

| Bank | Penn Liberty Bank |
|------|-------------------|
| City, State | Wayne, PA |
| ABA Routing | 031918844 |
| Beneficiary | Platypus Holdings, LLC |
| Beneficiary Account Number | 0315010868 |



Platypus Holdings, LLC
405 N Highland Ave
Merion Station, PA 19066
USA

PHONE            (610) 529-9785
ALTERNATE PHONE  (413)  668-6499
E-MAIL           DMMT@PLATYPUS.BZ
ALTERNATE EMAIL  CAW@PLATYPUS.BZ

# PLATYPUS HOLDINGS, LLC

## FEBRUARY 2012 INVOICE

BILL TO: Jeffrey B. Russell and
Rosemary Russell
14 Wood Road
Wilmington, DE 19806

**Invoice #** 1

**Invoice Date:** March 28, 2012

**Due Date:** April 2, 2012

| DATE | EXPENSE DISCRIPTION | EXPENSE AMOUNT |
|------|---------------------|----------------|
| February 2012 | Building and Materials   (B&M) | $98,098.68 |
| February 2012 | Labor | $58,777.00 |
| February 2012 | Mortgage Payments | $1,991.44 |
| February 2012 | Management Fees | $6,250.00 |
| February 2012 | Administrative Fees | $3,953.00 |
| February 2012 | Travel and Entertainment  (T&E) | $11,498.07 |
| February 2012 | Charitable Donations | $4,700.00 |
| February 2012 | Miscellaneous | $1,859.54 |
| | Subtotal | $187,127.73 |

Please remit your payment using the wire transfer information below.

**BALANCE DUE (30%)** | **$56,138.32**

## REMITTANCE BY WIRE TRANSFER

| | |
|---|---|
| Bank | Penn Liberty Bank |
| City, State | Wayne, PA |
| ABA Routing | 031918844 |
| Beneficiary | Platypus Holdings, LLC |
| Beneficiary Account Number | 0315010868 |



Platypus Holdings, LLC
405 N Highland Ave
Merion Station, PA 19066
USA

PHONE                (610) 529-9785
ALTERNATE PHONE      (413) 668-6499
E-MAIL               DMMT@PLATYPUS.BZ
ALTERNATE EMAIL      CAW@PLATYPUS.BZ

# PLATYPUS
# HOLDINGS, LLC
### MARCH 2012 INVOICE

BILL TO
Jeffrey B. Russell and
Rosemary Russell
14 Wood Road
Wilmington, DE 19806

**Invoice #** 2

**Invoice Date:** May 4, 2012

**Due Date:** May 9, 2012

| DATE | EXPENSE DISCRIPTION | EXPENSE AMOUNT |
|------|---------------------|----------------|
| March 2012 | Building and Materials   (B&M) | $ 71,474.04 |
| March 2012 | Labor | $ 71,210.00 |
| March 2012 | Mortgage Payments | $ 3,269.44 |
| March 2012 | Management Fees | $ 5,000.00 |
| March 2012 | Administrative Fees | $ 2,953.00 |
| March 2012 | Legal Fees | $ 5,079.90 |
| March 2012 | Travel and Entertainment  (T&E) | $ 18,874.66 |
| March 2012 | Charitable Donations | $ 4,450.00 |
| March 2012 | Communication | $560.18 |
| March 2012 | Miscellaneous | $ 1,151.21 |
| | Subtotal | $184,022.43 |

Please remit your payment using the wire transfer information below.

**BALANCE DUE (30%)**   **$ 55,206.73**

## REMITTANCE BY WIRE TRANSFER

| | |
|---|---|
| Bank | Penn Liberty Bank |
| City, State | Wayne, PA |
| ABA Routing | 031918844 |
| Beneficiary | Platypus Holdings, LLC |
| Beneficiary Account Number | 0315010868 |



Platypus Holdings, LLC
405 N Highland Ave
Merion Station, PA 19066
USA

PHONE             (610) 529-9785
ALTERNATE PHONE   (413) 668-6499
E-MAIL            DMMT@PLATYPUS.BZ
ALTERNATE EMAIL   CAW@PLATYPUS.BZ

# PLATYPUS HOLDINGS, LLC

## APRIL 2012 INVOICE

| BILL TO | Jeffrey B. Russell and Rosemary Russell 14 Wood Road Wilmington, DE 19806 | | **Invoice # 3** |
|---------|---|---|---|

**Invoice Date:** May 15, 2012

**Due Date:** May 18, 2012

| DATE | EXPENSE DISCRIPTION | EXPENSE AMOUNT |
|------|---------------------|----------------|
| April 2012 | Building and Materials  (B&M) | $ 91,507.88 |
| April 2012 | Labor | $ 46,850.00 |
| April 2012 | Mortgage Payments | $ 4,409.26 |
| April 2012 | Management Fees | $ 5,000.00 |
| April 2012 | Administrative Fees | $ 2,953.00 |
| April 2012 | Legal Fees | $ 991.20 |
| April 2012 | Travel and Entertainment  (T&E) | $ 5,640.75 |
| April 2012 | Charitable Donations | $ 106.00 |
| April 2012 | Communication | $1167.19 |
| April 2012 | Miscellaneous | $ 300.53 |
| | Subtotal | $158,925.81 |

Please remit your payment using the wire transfer information below.

**BALANCE DUE (30%)   $ 47,677.74**

## REMITTANCE BY WIRE TRANSFER

| Bank | Penn Liberty Bank |
|------|-------------------|
| City, State | Wayne, PA |
| ABA Routing | 031918844 |
| Beneficiary | Platypus Holdings, LLC |
| Beneficiary Account Number | 0315010868 |



Platypus Holdings, LLC
405 N Highland Ave
Merion Station, PA 19066
USA

PHONE          (610) 529-9785
ALTERNATE PHONE  (413)  668-6499
E-MAIL          DMMT@PLATYPUS.BZ
ALTERNATE EMAIL  CAW@PLATYPUS.BZ

# PLATYPUS HOLDINGS, LLC

## MAY 2012 INVOICE

BILL TO
Jeffrey B. Russell and
Rosemary Russell
14 Wood Road
Wilmington, DE 19806

**Invoice # 4**

**Invoice Date:** June 21, 2012

**Due Date:** June 26, 2012

| DATE | EXPENSE DISCRIPTION | EXPENSE AMOUNT | |
|------|---------------------|----------------|--|
| May 2012 | Building and Materials   (B&M) | $ 109,538.21 | |
| May 2012 | Labor | $ 36,055.00 | |
| May 2012 | Mortgage Payments (Rent) | $ 3,355.49 | |
| May 2012 | Management Fees | $ 5,000.00 | |
| May 2012 | Administrative Fees | $ 2,598.00 | |
| May 2012 | Legal Fees | $ 2,426.40 | |
| May 2012 | Travel and Entertainment  (T&E) | $ 6,257.62 | |
| May 2012 | Charitable Donations | $ 0.00 | |
| May 2012 | Communication | $ 897.15 | |
| May 2012 | Miscellaneous | $ 1,216.07 | |
| | | Subtotal | $167,343.94 |
| | | **BALANCE DUE (30%)** | **$ 50,203.18** |

Please remit your payment using the wire transfer information below.

## REMITTANCE BY WIRE TRANSFER

| | |
|--|--|
| Bank | Penn Liberty Bank |
| City, State | Wayne, PA |
| ABA Routing | 031918844 |
| Beneficiary | Platypus Holdings, LLC |
| Beneficiary Account Number | 0315010868 |



Platypus Holdings, LLC
405 N Highland Ave
Merion Station, PA 19066
USA

PHONE            (610) 529-9785
ALTERNATE PHONE  (413) 668-6499
E-MAIL           DMMT@PLATYPUS.BZ
ALTERNATE EMAIL  CAW@PLATYPUS.BZ

# PLATYPUS HOLDINGS, LLC

## JUNE 2012 INVOICE

**BILL TO**
Jeffrey B. Russell and
Rosemary Russell
14 Wood Road
Wilmington, DE 19806

**Invoice #** 5

**Invoice Date:** July 23, 2012

**Due Date:** July 26, 2012

| DATE | EXPENSE DISCRIPTION | EXPENSE AMOUNT |
|---|---|---|
| June 2012 | Building and Materials  (B&M) . | $ 278,534.47 |
| June 2012 | Labor | $ 52,926.75 |
| June 2012 | Rental Payments | $ 3,251.52 |
| June 2012 | Management Fees | $ 5,000.00 |
| June 2012 | Administrative Fees | $ 1,952.00 |
| June 2012 | Insurance | $ 3,127.20 |
| June 2012 | Travel and Entertainment  (T&E) | $ 21,484.26 |
| June 2012 | Charitable Donations | $ 6,500.00 |
| June 2012 | Communication | $ 675.08 |
| June 2012 | Miscellaneous | $ 599.93 |
| | Subtotal | $ 374,051.21 |

Please remit your payment using the wire transfer information below.

| BALANCE DUE (30%) | $ 112,215.36 |
|---|---|

## REMITTANCE BY WIRE TRANSFER

| Bank | Penn Liberty Bank |
|---|---|
| City, State | Wayne, PA |
| ABA Routing | 031918844 |
| Beneficiary | Platypus Holdings, LLC |
| Beneficiary Account Number | 0315010868 |



Platypus Holdings, LLC
405 N Highland Ave
Merion Station, PA 19066
USA

PHONE               (610) 529-9785
ALTERNATE PHONE     (413) 668-6499
E-MAIL              DMMT@PLATYPUS.BZ
ALTERNATE EMAIL     CAW@PLATYPUS.BZ

*INVOICE*

REMITTANCE BY WIRE TRANSFER

| BILL TO | Jeffrey B. Russell and Rosemary Russell 14 Wood Road Wilmington, DE 19806 | | Invoice # 6 |
|---|---|---|---|
| | | | **Invoice Date:** August 20, 2012 |
| | | | **Due Date:** August 23, 2012 |

| DATE | EXPENSE DISCRIPTION | EXPENSE AMOUNT |
|---|---|---|
| July 2012 | Building and Materials (B&M) | $ 173,698.90 |
| July 2012 | Labor | $ 184,935.00 |
| July 2012 | Rental Payments | $ 4,569.80 |
| July 2012 | Management Fees | $ 5,000.00 |
| July 2012 | Administrative Fees | $ 2,953.00 |
| July 2012 | Professional Services (Financial, Legal, etc.) | $ 13,245.50 |
| July 2012 | Taxes | $ 4,554.58 |
| July 2012 | Insurance | $ 48.09 |
| July 2012 | Travel and Entertainment (T&E) | $ 7,538.29 |
| July 2012 | Charitable Donations | $ 344.87 |
| July 2012 | Communication | $ 2,185.21 |
| July 2012 | Loan Interest | $ 6,095.76 |
| July 2012 | Miscellaneous | $ 689.93 |
| | Subtotal | $ 405,858.93 |
| | **BALANCE DUE (30%)** | **$121,757.68** |

Please remit your payment using the wire transfer information below.

| Bank | Penn Liberty Bank |
|---|---|
| City, State | Wayne, PA |
| ABA Routing | 031918844 |
| Beneficiary | Platypus Holdings, LLC |
| Beneficiary Account Number | 0315010868 |

Platypus Holdings, LLC
405 N Highland Ave
Merion Station, PA 19066
USA

PHONE (610) 529-9785
ALTERNATE PHONE (504) 287-6589
E-MAIL DMMT@PLATYPUS.BZ
ALTERNATE EMAIL BLESSED1LB@YAHOO.COM

# PLATYPUS
# HOLDINGS, LLC
## AUGUST 2012 INVOICE

BILL TO
Jeffrey B. Russell and
Rosemary Russell
14 Wood Road
Wilmington, DE 19806

**Invoice # 7**

**Invoice Date:** September 19, 2012

**Due Date:** September 24, 2012

| DATE | EXPENSE DISCRIPTION | EXPENSE AMOUNT |
|---|---|---|
| August 2012 | Building and Materials   (B&M) | $338,781.86 |
| August 2012 | Labor | $123,607.95 |
| August 2012 | Rental Payments (Current Month Incurred & True-up) | $8,320.00 |
| August 2012 | Management Fees | $5,000.00 |
| August 2012 | Travel and Entertainment  (T&E) | $5,716.10 |
| August 2012 | Loan Interest | $2,863.16 |
| August 2012 | SG&A (Includes 3 Months True-up of Core Staff) | $36,691.27 |
| August 2012 | Condo Association Fees | $4,500.00 |
| | Subtotal | $525,480.34 |
| | Less rental Income | ($9,300) |
| | Total | $516,180.34 |
| | **BALANCE DUE (30%)** | **$154,854.10** |

Please remit your payment using the wire transfer information below.

The total amount due and now payable is $271,654.10 which includes the August, 2012 30% investors' share of costs ($154,854.10), the September, 2012 advance for capitalized costs ($100,000.00), and the true up for the reconciliation of member's equity accounts for property acquisitions from February, 2012 through August, 2012.

| | |
|---|---|
| Bank | Penn Liberty Bank |
| City, State | Wayne, PA |
| ABA Routing | 031918844 |
| Beneficiary | Platypus Holdings, LLC |
| Beneficiary Account Number | 0315010868 |

## REMITTANCE BY WIRE TRANSFER

Platypus Holdings, LLC
405 N Highland Ave
Merion Station, PA 19066
USA

PHONE              (610) 529-9785
ALTERNATE PHONE    (504) 287-6589
E-MAIL             DMMT@PLATYPUS.BZ
ALTERNATE EMAIL    BEINGTHYSELF@YAHOO.COM

**Platypus Holding, LLC**
Reconciliation of Members Equity Accounts For Property Acquisitions
For The Period February, 2012 through August, 2012

| Property Acquired | Acquisition Costs - 100% | Members Share Class A - 70% | Members Share Class B - 30% |
|---|---|---|---|
| 1443 N. Roman Street, New Orleans, LA 70116 | $82,119 | $57,483 | $24,636 |
| 4127 S Michigan Avenue, Chicago, IL 60653 | $199,000 | $139,300 | $59,700 |
| 7430 S Kenwood Avenue, Chicago, IL 60619 | $98,000 | $68,600 | $29,400 |
| 4009 S Calument Avenue, Chicago, IL 60653 | $105,000 | $73,500 | $31,500 |
| 1640 E 50th Street, Unit 16-B, Chicago, IL 60615 | $35,000 | $24,500 | $10,500 |
| Indiana St & Exchange St, Chicago, IL (Projected But Not Closed) | $300,000 | $210,000 | $90,000 |
| 50 Fairview Road, Penn Valley, PA 19072 | $200,000 | $140,000 | $60,000 |
| **Total Acquisitions Costs** | **$1,019,119** | **$713,383** | **$305,736** |
| | | | |
| **Gross Amount Due From Class B Members** | | | **$305,736** |
| Less Credit For Contributions To March Portfolio on April 10, 2012 | | | (**$288,936**) |
| **Net Amount Due From Class B Members** | | | **$16,800** |

# PLATYPUS HOLDINGS, LLC

## SEPTEMBER, 2012 INVOICE

BILL TO
Jeffrey B. Russell and
Rosemary Russell
14 Wood Road
Wilmington, DE 19806

**Invoice #** 8

**Invoice Date:** October 5, 2012

**Due Date:** October 10, 2012

| DATE | EXPENSE DISCRIPTION | EXPENSE AMOUNT |
|------|---------------------|----------------|
| September, 2012 | Building and Materials   (B&M) | $ 394,990.46 |
| September, 2012 | Labor | $ 174,691.00 |
| September, 2012 | Insurance | $ 2,627.83 |
| September, 2012 | Loan Interest | $ 2,863.16 |
| September, 2012 | Management Fees | $ 5,000.00 |
| September, 2012 | Professional Services (Financial, Legal, etc.) | $ 11,479.80 |
| September, 2012 | Rent Payments | $ 2,472.00 |
| September, 2012 | SG&A | $ 13,743.12 |
| September, 2012 | Travel and Entertainment  (T&E) | $ 8,866.33 |

| | |
|---|---|
| Subtotal | $ 616,733.70 |
| Less Rental Income | ($ 9,300.00) |
| Subtotal | $ 607,433.70 |
| 30% Shared Costs | $ 182,230.11 |
| Less Sept. Advance | ($ 100,000.00) |
| **BALANCE DUE** | **$ 82,230.11** |

Please remit your payment using the wire transfer information below.

## REMITTANCE BY WIRE TRANSFER

| Bank | Penn Liberty Bank |
|------|-------------------|
| City, State | Wayne, PA |
| ABA Routing | 031918844 |
| Beneficiary | Platypus Holdings, LLC |
| Beneficiary Account Number | 0315010868 |

Platypus Holdings, LLC
405 N Highland Ave
Merion Station, PA 19066
USA

PHONE          (610) 529-9785
ALTERNATE PHONE  (504) 287-6589
E-MAIL         DMMT@PLATYPUS.BZ
ALTERNATE EMAIL  BLESSED1LB@YAHOO.COM

**Invoice Date:**
Nov. 20, 2012

**Due Date:**
Nov. 26, 2012

| DATE | EXPENSE DISCRIPTION | EXPENSE AMOUNT |
|------|---------------------|----------------|
| October 2012 | Building and Materials (B&M) | $ 292,363.32 |
| October 2012 | Labor | $ 145,229.15 |
| October 2012 | Rental Payments | $ 1,200.00 |
| October 2012 | Management Fees | $ 5,000.00 |
| October 2012 | Administrative Fees | $ 3,056.39 |
| October 2012 | Professional Services (Financial, Legal, etc.) | $ 3,487.50 |
| October 2012 | Bank Charges | $ 380.00 |
| October 2012 | Insurance | $ 1,798.49 |
| October 2012 | Travel and Entertainment (T&E) | $ 7,377.13 |
| October 2012 | Communication | $ 3,469.14 |
| October 2012 | Loan Interest | $ 2,770.80 |
| October 2012 | Recurring Bills | $ 50,191.41 |

| | |
|---|---|
| Subtotal | $516,323.33 |
| Less Rental Income | ($9,300.00) |
| Subtotal | $ 507,023.33 |
| 30% Shared Costs | $ 152,107.00 |
| Less Oct. Advance | ($100,000.00) |
| **BALANCE DUE (30%)** | **$ 52,107.00** |

Please remit your payment using the wire transfer information below.

## REMITTANCE BY WIRE TRANSFER

| Bank | Penn Liberty Bank |
|------|-------------------|
| City, State | Wayne, PA |
| ABA Routing | 031918844 |
| Beneficiary | Platypus Holdings, LLC |
| Beneficiary Account Number | 0315010868 |

| | | |
|---|---|---|
| Platypus Holdings, LLC | PHONE | (610) 529-9785 |
| 405 N Highland Ave | ALTERNATE PHONE | (504) 287-6589 |
| Merion Station, PA 19066 | E-MAIL | DMMT@PLATYPUS.BZ |
| USA | ALTERNATE EMAIL | BLESSED1LB@YAHOO.COM |

**PLATYPUS HOLDINGS, LLC**
**405 NORTH HIGHLAND AVENUE**
**MERION STATION, PA 19066**

December 11, 2012

Jeffrey B. Russell and Rosemary Russell
14 Wood Road
Wilmington, DE 19806

**Re: Platypus Holdings, LLC – November 2012 Invoice**

Dear Jeffrey and Rosemary:

Herein is our invoice for expenses incurred during November, 2012. The total shared costs for November, 2012 are $597,345.31, net ($606,645.31 less $9,300.00 rental income), and your 30% share is $179,203.59 less $100,000.00 that you paid as an advance. The total amount due this invoice is $79,203.59.

We are also requiring a prepayment for capitalized costs for the month of December, 2012 in the amount of $75,000.00. The total amount due with our prepayment request is $ 154,203.59.

Assuming delivery of this notice to you on Tuesday, December 11, 2012, you will have until close of business on Friday, December 14, 2012 to make the payment by wire transfer to the following account:

| | |
|---|---|
| Bank Name: | Penn Liberty Bank |
| City, State: | Wayne, PA |
| ABA Routing: | 031918844 |
| Beneficiary: | Platypus Holdings LLC |
| Beneficiary Acct Number: | 0315010868 |

The total shared costs for November, 2012 of $606,345.31 includes: (1) $532,943.75 in construction costs, (2) $50,191.41 in recurring cost, and (3) $23,510.15 in administrative and management costs:

| Property | B&M | Labor | Other | Total |
|---|---|---|---|---|
| 50 Fairview | 49,423.73 | 50,515.00 | 0.00 | 99,938.73 |
| **Total Penn Valley** | **49,423.73** | **50,515.00** | **0.00** | **99,938.73** |
| | | | | |
| 1135 S. Delano | 2,365.00 | 0.00 | 0.00 | 2,365.00 |
| 1640 E. 50th | 51,733.17 | 29,480.00 | 0.00 | 81,213.17 |
| 4009 S. Calumet | 57,899.13 | 44,480.00 | 0.00 | 102,379.13 |
| 7430 S. Kenwood | 104,365.23 | 67,960.00 | 0.00 | 172,325.23 |
| **Total Chicago** | **216,362.53** | **141,920.00** | **0.00** | **358,282.53** |
| | | | | |
| New Orleans (Plans, Permitting) | 0.00 | 0.00 | 72,757.35 | 72,757.35 |
| New Orleans - Utilities | 1,965.14 | 0.00 | 0.00 | 1,965.14 |
| **Total New Orleans** | **1,965.14** | **0.00** | **72,757.35** | **74,722.49** |
| | | | | |
| **Total Construction Costs - All Properties** | **267,751.40** | **192,435.00** | **72,757.35** | **532,943.75** |
| | | | | |
| **Total Recurring Costs** | **0.00** | **0.00** | **50,191.41** | **50,191.41** |
| | | | | |
| **Total Administrative & Management Costs** | **0.00** | **0.00** | **23,510.15** | **23,510.15** |
| | | | | |
| **Total Shared Costs** | **267,751.40** | **192,435.00** | **146,458.91** | **606,645.31** |

If you have any questions, please do not hesitate to call.

Very truly yours,

PLATYPUS HOLDINGS, LLC

By:_____
David M. M. Taffet, Manager

**PLATYPUS HOLDINGS, LLC**
**405 NORTH HIGHLAND AVENUE**
**MERION STATION, PA 19066**

January 8, 2013

Jeffrey B. Russell and Rosemary Russell
14 Wood Road
Wilmington, DE 19806

**Re: Platypus Holdings, LLC – December 2012 Invoice**

Dear Jeffrey and Rosemary:

Herein is our invoice for expenses incurred during December, 2012. The total shared costs for December, 2012 are $426,881.68, net ($436,181.68 less $9,300.00 rental income), and your 30% share is $128,064.50 less $75,000.00 that you paid as an advance. The total amount due this invoice is $53,064.50.

We are also requiring a prepayment for capitalized costs for the month of January, 2013 in the amount of $75,000.00. The total amount due with our prepayment request is $ 128,064.50.

Assuming delivery of this notice to you on Tuesday, January 8, 2013, you will have until close of business on Friday, January 11, 2013 to make the payment by wire transfer to the following account:

| | |
|---|---|
| Bank Name: | Penn Liberty Bank |
| City, State: | Wayne, PA |
| ABA Routing: | 031918844 |
| Beneficiary: | Platypus Holdings LLC |
| Beneficiary Acct Number: | 0315010868 |

The total shared costs for December, 2012 of $436,181.68 includes: (1) $369,662.96 in construction costs, (2) $49,193.60 in recurring cost, and (3) $17,325.12 in administrative and management costs:

| Property | B&M | Labor | Other | Total |
|---|---|---|---|---|
| 1640 E. 50th | 8,553.03 | 12,161.65 | 0.00 | 20,714.68 |
| 4009 S. Calumet | 9,330.58 | 13,377.81 | 0.00 | 22,708.39 |
| 7430 S. Kenwood | 8,034.66 | 14,999.36 | 0.00 | 23,034.02 |
| **Total Chicago** | **25,918.27** | **40,538.82** | **0.00** | **66,457.09** |
| | | | | |
| 907 - 909 Iberville | 19,845.62 | 33,282.78 | 0.00 | 53,128.40 |
| 1027 N. Claiborne | 13,610.90 | 19,139.10 | 0.00 | 32,750.00 |
| 1031 N. Claiborne | 33,902.93 | 49,924.17 | 0.00 | 83,827.10 |
| 1425 N. Prieur Street | 28,941.52 | 44,803.73 | 0.00 | 73,745.25 |
| New Orleans (Plans, Permitting) | 0.00 | 0.00 | 57,970.78 | 57,970.78 |
| New Orleans - Utilities | 1,784.34 | 0.00 | 0.00 | 1,784.34 |
| **Total New Orleans** | **98,085.31** | **147,149.78** | **57,970.78** | **303,205.87** |
| | | | | |
| **Total Construction Costs - All Properties** | **124,003.58** | **187,688.60** | **57,970.78** | **369,662.96** |
| | | | | |
| **Total Recurring Costs** | **0.00** | **0.00** | **49,193.60** | **49,193.60** |
| | | | | |
| **Total Administrative & Management Costs** | **0.00** | **0.00** | **17,325.12** | **17,325.12** |
| | | | | |
| **Total Shared Costs** | **124,003.58** | **187,688.60** | **124,489.50** | **436,181.68** |

If you have any questions, please do not hesitate to call.

Very truly yours,

PLATYPUS HOLDINGS, LLC

By: _David M. M. Taffet, Manager_

David M. M. Taffet, Manager

405 NORTH HIGHLAND AVENUE
MERION STATION, PA 19066

Jeffrey B. Russell and Rosemary Russell     February 4, 2013
14 Wood Road
Wilmington, DE 19806

**Re: Platypus Holdings, LLC – February 2013 Invoice**

Dear Jeffrey and Rosemary:

Herein is our invoice for expenses incurred during January, 2013. The total shared costs for January, 2013, are $538,543.38, net ($547,843.38 less $9,300.00 rental income), and your 30% share is $161,563.01 less $75,000.00 that you paid as an advance. The total amount due this invoice is $86,563.01.

We are also requiring a prepayment for capitalized costs for the month of February, 2013 in the amount of $100,000.00. This is due to the continued work in New Orleans, which we are working to bring to a more manageable level within the next 30-60 days given the city's current leniency regarding permits and licensing. The total amount due with our prepayment request is $186,563.01.

Assuming delivery of this notice to you on Monday, February 4, 2013, you will have until Thursday, February 7, 2013, to make the payment by wire transfer to the following account:

| | |
|---|---|
| Bank Name: | Penn Liberty Bank |
| City, State: | Wayne, PA |
| ABA Routing: | 031918844 |
| Beneficiary: | Platypus Holdings LLC |
| Beneficiary Acct Number: | 0315010868 |

The total shared costs for January, 2013 of $547,843.38 includes: (1) $447,775.25 in construction costs, (2) $49,342.77 in recurring costs, and (3) $50,725.36 in administrative and management costs:

| Property | B&M | Labor | Other | Totals |
|---|---|---|---|---|
| 1640 E. 50th | 10,246.63 | 5,368.43 | 0.00 | 15,615.06 |
| 4009 S. Calumet | 16,178.14 | 9,905.27 | 0.00 | 26,083.41 |
| 7430 S. Kenwood | 9,625.62 | 6,621.06 | 0.00 | 16,246.68 |
| 7430 S. Kenwood (flood damage--area is not zoned for flood insurance) | 58,198.69 | 39,473.54 | 0.00 | 97,672.23 |
| **Total Chicago** | **94,249.08** | **61,368.30** | **0.00** | **155,617.38** |
| 2017 Dumaine | 36,733.22 | 32,220.17 | 0.00 | 68,953.39 |
| 2025 Dumaine | 16,420.15 | 13,110.40 | 0.00 | 29,530.55 |
| 907 - 909 Iberville | 14,082.82 | 16,993.19 | 0.00 | 31,076.01 |
| 1027 N. Claiborne | 9,626.93 | 9,771.85 | 0.00 | 19,398.78 |
| 1031 N. Claiborne | 23,979.39 | 25,489.78 | 0.00 | 49,469.17 |
| 1425 N. Prieur Street | 20,470.20 | 22,875.44 | 0.00 | 43,345.64 |
| 1839-41 Roman | 21,068.07 | 28,100.30 | 0.00 | 49,168.37 |
| New Orleans utilities | 1,215.96 | 0.00 | 0.00 | 1,215.96 |
| **Total New Orleans** | **143,596.74** | **148,561.13** | **0.00** | **292,157.87** |
| **Total Construction Costs - All Properties** | **237,845.82** | **209,929.43** | **0.00** | **447,775.25** |
| **Total Recurring Costs** | **0.00** | **0.00** | **49,342.77** | **49,342.77** |
| **Total Administrative & Management Costs** | **0.00** | **0.00** | **50,725.36** | **50,725.36** |
| **Total Shared Costs** | **237,845.82** | **209,929.43** | **100,068.13** | **547,843.38** |

If you have any questions, please do not hesitate to call.

Very truly yours,

PLATYPUS HOLDINGS, LLC

**PLATYPUS HOLDINGS, LLC**
**405 NORTH HIGHLAND AVENUE**
**MERION STATION, PA 19066**

March 5, 2013

Jeffrey B. Russell and Rosemary Russell
14 Wood Road
Wilmington, DE 19806

**Re: Platypus Holdings, LLC – February 2013 Invoice**

Dear Jeffrey and Rosemary:

Herein is our invoice for expenses incurred during February, 2013. The total shared costs for February, 2013 are $627,631.29, net 636,931.29 less $9,300.00 rental income), and your 30% share is $188,289.38 less $100,000.00 that you paid as an advance. The total amount due this invoice is $88,289.38.

We are also requiring a prepayment for capitalized costs for the month of January, 2013 in the amount of $75,000.00. The total amount due with our prepayment request is $ 163,289.38.

Assuming delivery of this notice to you on Wednesday March 6, 2013, you will have until noon on Friday, March 8, 2013 to make the payment by wire transfer to the following account:

| | |
|---|---|
| Bank Name: | Penn Liberty Bank |
| City, State: | Wayne, PA |
| ABA Routing: | 031918844 |
| Beneficiary: | Platypus Holdings LLC |
| Beneficiary Acct Number: | 0315010868 |

The total shared costs for February, 2013 of $636,931.29 includes: (1) $529,064.34 in construction costs, (2) $48,656.90 in recurring costs, and (3) $59,210.05 in administrative and management costs:

| Property | B&M | Labor | Other | Total |
|---|---|---|---|---|
| 4009 S. Calumet | 57,607.86 | 57,982.94 | 0.00 | 115,590.80 |
| 7430 S. Kenwood | 56,676.36 | 59,077.87 | 0.00 | 115,754.22 |
| **Total Chicago** | **114,284.22** | **117,060.81** | **0.00** | **231,345.03** |
| | | | | |
| 1441 N. Roman | 9,735.33 | 9,145.86 | 0.00 | 18,881.19 |
| 907 - 909 Iberville | 13,625.05 | 26,017.55 | 0.00 | 39,642.60 |
| 1009 N. Claiborne | 21,188.87 | 22,293.08 | 0.00 | 43,481.95 |
| 1013 N. Claiborne | 26,342.66 | 25,722.80 | 0.00 | 52,065.46 |
| 1027 N. Claiborne | 9,314.00 | 14,961.26 | 0.00 | 24,275.26 |
| 1031 N. Claiborne | 23,199.93 | 39,026.32 | 0.00 | 62,226.25 |
| 1425 N. Prieur Street | 19,804.81 | 35,023.61 | 0.00 | 54,828.42 |
| New Orleans - Utilities | 2,318.18 | 0.00 | 0.00 | 2,318.18 |
| **Total New Orleans** | **125,528.83** | **172,190.48** | **0.00** | **297,719.31** |
| | | | | |
| **Total Construction Costs - All Properties** | **239,813.05** | **289,251.29** | **0.00** | **529,064.34** |
| | | | | |
| **Total Recurring Costs** | **0.00** | **0.00** | **48,656.90** | **48,656.90** |
| | | | | |
| **Total Administrative & Management Costs** | **0.00** | **0.00** | **59,210.05** | **59,210.05** |
| | | | | |
| **Total Shared Costs** | **239,813.05** | **289,251.29** | **107,866.95** | **636,931.29** |

If you have any questions, please do not hesitate to call.

Very truly yours,

PLATYPUS HOLDINGS, LLC

By:

David M. M. Taffet, Manager

**PLATYPUS HOLDINGS, LLC**
**405 NORTH HIGHLAND AVENUE**
**MERION STATION, PA 19066**

April 2, 2013

Jeffrey B. Russell and Rosemary Russell
14 Wood Road
Wilmington, DE 19806

### Re: Platypus Holdings, LLC – March 2013 Invoice

Dear Jeffrey and Rosemary:

Herein is our invoice for expenses incurred during March 2013. The total shared costs for March 2013 are $380,567.79 (net $393,267.79 less $12,700 rental income—and growing) and your 30% share is $114,170.34, less the $75,000.00 that you paid as an advance leaves an amount due of $39,170.34. We are also requiring a prepayment for capitalized costs for the month of April 2013 in the amount of $50,000.00. The total amount due with our prepayment request is $89,170.34.

Going forward until such time as we secure debt or enjoy a liquidity event (AKA a Sale), we will aspire to keep your monthly obligations, including pre-payments, of approximately $50,000 or less. This will entail significant curtailment of operations, but I understand that everyone needs a breather. Once we have fresh funds, we will utilize them to complete all outstanding restorations, to open commercial enterprises and to drive to profit.

Assuming delivery of this notice to you on Tuesday, April 2, 2013, you will have until close of business on Friday, April 5, 2013 to make the payment by wire transfer to the following account:

| | |
|---|---|
| Bank Name: | Penn Liberty Bank |
| City, State: | Wayne, PA |
| ABA Routing: | 031918844 |
| Beneficiary: | Platypus Holdings LLC |
| Beneficiary Acct Number: | 0315010868 |

The total shared costs for March 2013 of $393,267.79 includes: (1) $292,668.44 in construction costs, (2) $46,327.44 in recurring cost, and (3) $54,271.91 in administrative and management costs:

| Property | B&M | Labor | Other | Total |
|---|---|---|---|---|
| 1640 E. 50th | 8,995.21 | 11,443.39 | 0.00 | 20,438.60 |
| 4009 S. Calumet | 24,571.92 | 29,297.26 | 0.00 | 53,869.18 |
| 7430 S. Kenwood | 19,447.27 | 25,118.62 | 0.00 | 44,565.89 |
| **Total Chicago** | **53,014.40** | **65,859.27** | **0.00** | **118,873.67** |
| | | | | |
| 907 – 909 Iberville | 27,444.76 | 38,291.73 | 0.00 | 65,736.49 |
| 2013 Dumaine Street | 42,682.11 | 44,429.86 | 0.00 | 87,111.97 |
| 1425 N. Prieur Street | 10,423.88 | 10,522.43 | 0.00 | 20,946.31 |
| **Total New Orleans** | **80,550.75** | **93,244.02** | **0.00** | **173,794.77** |
| | | | | |
| **Total Construction Costs - All Properties** | **133,565.15** | **159,103.29** | **0.00** | **292,668.44** |
| | | | | |
| **Total Recurring Costs** | **0.00** | **0.00** | **46,327.44** | **46,327.44** |
| | | | | |
| **Total Administrative & Management Costs** | **0.00** | **0.00** | **54,271.91** | **54,271.91** |
| | | | | |
| **Total Shared Costs** | **133,565.15** | **159,103.29** | **100,599.35** | **393,267.79** |

If you have any questions, please do not hesitate to call.

Very truly yours,

PLATYPUS HOLDINGS, LLC

By:_____
David M. M. Taffet, Manager

**PLATYPUS HOLDINGS, LLC**
**405 NORTH HIGHLAND AVENUE**
**MERION STATION, PA  19066**

August 3, 2013

Jeffrey B. Russell and Rosemary Russell
14 Wood Road
Wilmington, DE 19806

**Re:  Platypus Holdings, LLC – May 2013 Invoice**

Dear Jeffrey and Rosemary:

Herein is our invoice for expenses incurred during May, 2013.  The total shared costs for April, 2013 are $210,615.63, net ($223,865.63 less $13,250.00 rental income), and your 30% share is $63,184.69 less $30,000.00 that you paid as an advance.  The total amount due this invoice is $33,184.69.

Assuming delivery of this notice to you on Saturday, August 3, 2013, you will have until close of business on Wednesday, August 7, 2013 to make the payment by wire transfer to the following account:

| | |
|---|---|
| Bank Name: | Penn Liberty Bank |
| City, State: | Wayne, PA |
| ABA Routing: | 031918844 |
| Beneficiary: | Platypus Holdings LLC |
| Beneficiary Acct Number: | 0315010868 |

The total shared costs for May, 2013 of $313,865.63 includes: (1) $170,032.97 in construction costs, (2) $34,404.29 in recurring cost, and (3) $19,428.37 in administrative and management costs:

| Property | B&M | Labor | Other | Total |
|---|---|---|---|---|
| 4009 S. Calumet | 20,704.32 | 9,650.00 | 0.00 | 30,354.32 |
| 7430 S. Kenwood | 24,167.89 | 15,984.66 | 0.00 | 40,152.55 |
| **Total Chicago** | **44,872.21** | **25,634.66** | **0.00** | **70,506.87** |
| | | | | |
| 907 - 909 Iberville | 4,030.00 | 9,982.90 | 0.00 | 14,012.90 |
| 1027 N. Claiborne | 24,987.45 | 17,456.25 | 0.00 | 42,443.70 |
| 1425 N. Prieur Street | 27,175.06 | 14,958.56 | 0.00 | 42,133.62 |
| New Orleans - Utilities | 935.88 | 0.00 | 0.00 | 935.88 |
| **Total New Orleans** | **57,128.39** | **42,397.71** | **0.00** | **99,526.10** |
| | | | | |
| **Total Construction Costs - All Properties** | **102,000.60** | **68,032.37** | **0.00** | **170,032.97** |
| | | | | |
| **Total Recurring Costs** | **0.00** | **0.00** | **34,404.29** | **34,404.29** |
| | | | | |
| **Total Administrative & Management Costs** | **0.00** | **0.00** | **19,428.37** | **19,428.37** |
| | | | | |
| **Total Shared Costs** | **102,000.60** | **68,032.37** | **53,832.66** | **223,865.63** |

If you have any questions, please do not hesitate to call.

Very truly yours,

PLATYPUS HOLDINGS, LLC

By:_ _____

**PLATYPUS HOLDINGS, LLC**
**405 NORTH HIGHLAND AVENUE**
**MERION STATION, PA 19066**

August 3, 2013

Jeffrey B. Russell and Rosemary Russell
14 Wood Road
Wilmington, DE 19806

       **Re: Platypus Holdings, LLC – June 2013 Invoice**

Dear Jeffrey and Rosemary:

Herein is our invoice for expenses incurred during June 2013. The total shared costs for June 2013 are $187,998.79, net ($201,248.79 less $13,250.00 rental income), and your 30% share is $59,399.64. The total amount due this invoice is $56,399.64.

Assuming delivery of this notice to you on Saturday, August 3, 2013, you will have until close of business on Wednesday, August 7, 2013 to make the payment by wire transfer to the following account:

| | |
|---|---|
| Bank Name: | Penn Liberty Bank |
| City, State: | Wayne, PA |
| ABA Routing: | 031918844 |
| Beneficiary: | Platypus Holdings LLC |
| Beneficiary Acct Number: | 0315010868 |

The total shared costs for June, 2013 of $211,248.79 includes: (1) $151,125.06 in construction costs, (2) $32,338.36 in recurring cost, and (3) $17,785.37 in administrative and management costs:

| Property | B&M | Labor | Other | Total |
|---|---|---|---|---|
| 1640 E. 50th | 16,403.76 | 3,267.00 | 2,145.00 | 21,815.76 |
| 4009 S. Calumet | 28,456.06 | 40,525.20 | 7,522.06 | 76,503.32 |
| 7430 S. Kenwood | 19,876.26 | 26,584.25 | 5,066.29 | 51,526.80 |
| **Total Chicago** | **64,736.08** | **70,376.45** | **14,733.35** | **149,845.88** |
| | | | | |
| New Orleans - Utilities | 1,279.18 | 0.00 | 0.00 | 1,279.18 |
| **Total New Orleans** | **1,279.18** | **0.00** | **0.00** | **1,279.18** |
| | | | | |
| **Total Construction Costs - All Properties** | **66,015.26** | **70,376.45** | **14,733.35** | **151,125.06** |
| | | | | |
| **Total Recurring Costs** | **0.00** | **0.00** | **32,338.36** | **32,338.36** |
| | | | | |
| **Total Administrative & Management Costs** | **0.00** | **0.00** | **17,785.37** | **17,785.37** |
| | | | | |
| **Total Shared Costs** | **66,015.26** | **70,376.45** | **64,857.08** | **201,248.79** |

If you have any questions, please do not hesitate to call.

       Very truly yours,

       PLATYPUS HOLDINGS, LLC

       By:_ _____  _____

**PLATYPUS HOLDINGS, LLC**
**405 NORTH HIGHLAND AVENUE**
**MERION STATION, PA  19066**

August 3, 2013

Jeffrey B. Russell and Rosemary Russell
14 Wood Road
Wilmington, DE 19806

  **Re:  Platypus Holdings, LLC – July 2013 Invoice**

Dear Jeffrey and Rosemary:

Herein is our invoice for expenses incurred during July 2013.  The total shared costs for July 2013 are $170,390.72, net ($183,640.72 less $13.250.00 rental income), and your 30% share is $51,117.22.  The total amount due this invoice is $51,117.22.

Assuming delivery of this notice to you on Saturday, August 3, 2013, you will have until close of business on Wednesday, August 7, 2013 to make the payment by wire transfer to the following account:

| | |
|---|---|
| Bank Name: | Penn Liberty Bank |
| City, State: | Wayne, PA |
| ABA Routing: | 031918844 |
| Beneficiary: | Platypus Holdings LLC |
| Beneficiary Acct Number: | 0315010868 |

The total shared costs for July, 2013 of $198,640.72 includes: (1) $131,625.68 in construction costs, (2) $31,808.42 in recurring cost, and (3) $20,206.62 in administrative and management costs:

| Property | B&M | Labor | Other | Total |
|---|---|---|---|---|
| 1031 N. Claiborne | 17,432.12 | 23,897.00 | 0.00 | 41,329.12 |
| 1443 N. Roman | 16,897.87 | 17,876.78 | 0.00 | 34,774.65 |
| 2013 Dumaine | 23,456.32 | 30,337.81 | 0.00 | 53,794.13 |
| New Orleans - Utilities | 1,727.78 | 0.00 | 0.00 | 1,727.78 |
| **Total New Orleans** | **59,514.09** | **72,111.59** | **0.00** | **131,625.68** |
| | | | | |
| **Total Construction Costs - All Properties** | **59,514.09** | **72,111.59** | **0.00** | **131,625.68** |
| | | | | |
| **Total Recurring Costs** | **0.00** | **0.00** | **31,808.42** | **31,808.42** |
| | | | | |
| **Total Administrative & Management Costs** | **0.00** | **0.00** | **20,206.62** | **20,206.62** |
| | | | | |
| **Total Shared Costs** | **59,514.09** | **72,111.59** | **67,015.04** | **183,640.72** |

If you have any questions, please do not hesitate to call.

    Very truly yours,

    PLATYPUS HOLDINGS, LLC

    By:_____ _____  _____

**PLATYPUS HOLDINGS, LLC**
**405 NORTH HIGHLAND AVENUE**
**MERION STATION, PA 19066**

December 17, 2013

Jeffrey B. Russell and Rosemary Russell
14 Wood Road
Wilmington, DE 19806

**Re: Platypus Holdings, LLC – August, 2013 Invoice**

Dear Jeffrey and Rosemary:

Herein is our invoice for expenses incurred during August, 2013. The total shared costs for August, 2013 are $211,599.95, net ($224,849.95 less $13,250.00 rental income), and your 30% share is $63,479.99. The total amount due this invoice is $63,479.99.

Assuming delivery of this notice to you on Tuesday, December 17, 2013, you will have until close of business on Friday, December 20, 2013 to make the payment by wire transfer to the following account:

| | |
|---|---|
| Bank Name: | Penn Liberty Bank |
| City, State: | Wayne, PA |
| ABA Routing: | 031918844 |
| Beneficiary: | Platypus Holdings LLC |
| Beneficiary Acct Number: | 0315010868 |

The total shared costs for August, 2013 of $224,849.95 includes: (1) $191,230.81 in construction costs, (2) $18,672.13 in recurring cost, and (3) $14,947.01 in administrative and management costs:

| Property | B&M | Labor | Other | Total |
|---|---|---|---|---|
| 4009 S. Calumet | 37,854.76 | 30,119.47 | 0.00 | 67,974.23 |
| 7430 S. Kenwood | 42,480.44 | 29,893.92 | 0.00 | 72,374.36 |
| **Total Chicago** | **80,335.20** | **60,013.39** | **0.00** | **140,348.59** |
| | | | | |
| 907 - 909 Iberville | 3,382.77 | 6,299.05 | 0.00 | 9,681.82 |
| 1027 N. Claiborne | 2,530.36 | 4,077.97 | 0.00 | 6,608.33 |
| 1031 N. Claiborne | 6,499.38 | 9,450.78 | 0.00 | 15,950.16 |
| 1425 N. Prieur Street | 5,908.47 | 9,859.23 | 0.00 | 15,767.70 |
| New Orleans - Utilities | 2,874.21 | 0.00 | 0.00 | 2,874.21 |
| **Total New Orleans** | **21,195.19** | **29,687.03** | **0.00** | **50,882.22** |
| | | | | |
| **Total Construction Costs - All Properties** | **101,530.39** | **89,700.42** | **0.00** | **191,230.81** |
| | | | | |
| **Total Recurring Costs** | **0.00** | **0.00** | **18,672.13** | **18,672.13** |
| | | | | |
| **Total Administrative & Management Costs** | **0.00** | **0.00** | **14,947.01** | **14,947.01** |
| | | | | |
| **Total Shared Costs** | **101,530.39** | **89,700.42** | **33,619.14** | **224,849.95** |

If you have any questions, please do not hesitate to call.

Very truly yours,

PLATYPUS HOLDINGS, LLC

By:_____
David M. M. Taffet, Manager

**PLATYPUS HOLDINGS, LLC**
**405 NORTH HIGHLAND AVENUE**
**MERION STATION, PA  19066**

December 17, 2013

Jeffrey B. Russell and Rosemary Russell
14 Wood Road
Wilmington, DE 19806

**Re:  Platypus Holdings, LLC – September, 2013 Invoice**

Dear Jeffrey and Rosemary:

Herein is our invoice for expenses incurred during September, 2013.  The total shared costs for September, 2013 are $202,160.13, net ($215,410.13 less $13,250.00 rental income), and your 30% share is $60,648.04.  The total amount due this invoice is $60,648.04.

Assuming delivery of this notice to you on Tuesday, December 17, 2013, you will have until close of business on Friday, December 20, 2013 to make the payment by wire transfer to the following account:

|  |  |
|---|---|
| Bank Name: | Penn Liberty Bank |
| City, State: | Wayne, PA |
| ABA Routing: | 031918844 |
| Beneficiary: | Platypus Holdings LLC |
| Beneficiary Acct Number: | 0315010868 |

The total shared costs for September, 2013 of $215,410.13 includes: (1) $183,517.18 in construction costs, (2) $18,043.53 in recurring cost, and (3) $13,849.42 in administrative and management costs:

| Property | B&M | Labor | Other | Total |
|---|---|---|---|---|
| 4009 S. Calumet | 46,361.67 | 41,113.17 | 0.00 | 87,474.84 |
| 7430 S. Kenwood | 48,772.52 | 44,335.01 | 0.00 | 93,107.53 |
| **Total Chicago** | **95,134.19** | **85,448.18** | **0.00** | **180,582.37** |
| New Orleans - Utilities | 2,934.81 | 0.00 | 0.00 | 2,934.81 |
| **Total New Orleans** | **2,934.81** | **0.00** | **0.00** | **2,934.81** |
| **Total Construction Costs - All Properties** | **98,069.00** | **85,448.18** | **0.00** | **183,517.18** |
| **Total Recurring Costs** | **0.00** | **0.00** | **18,043.53** | **18,043.53** |
| **Total Administrative & Management Costs** | **0.00** | **0.00** | **13,849.42** | **13,849.42** |
| **Total Shared Costs** | **98,069.00** | **85,448.18** | **31,892.95** | **215,410.13** |

If you have any questions, please do not hesitate to call.

Very truly yours,

PLATYPUS HOLDINGS, LLC

By: _____
David M. M. Taffet, Manager

**PLATYPUS HOLDINGS, LLC**
**405 NORTH HIGHLAND AVENUE**
**MERION STATION, PA  19066**

December 17, 2013

Jeffrey B. Russell and Rosemary Russell
14 Wood Road
Wilmington, DE 19806

**Re:  Platypus Holdings, LLC – October, 2013 Invoice**

Dear Jeffrey and Rosemary:

Herein is our invoice for expenses incurred during October, 2013.  The total shared costs for October, 2013 are $160,736.86, net ($173,986.86 less $13,250.00 rental income), and your 30% share is $48,221.06.  The total amount due this invoice is $48,221.06.

Assuming delivery of this notice to you on Tuesday, December 17, 2013, you will have until close of business on Friday, December 20, 2013 to make the payment by wire transfer to the following account:

| | |
|---|---|
| Bank Name: | Penn Liberty Bank |
| City, State: | Wayne, PA |
| ABA Routing: | 031918844 |
| Beneficiary: | Platypus Holdings LLC |
| Beneficiary Acct Number: | 0315010868 |

The total shared costs for October, 2013 of $173,986.86 includes: (1) $143,039.12 in construction costs, (2) $16,565.00 in recurring cost, and (3) $14,382.74 in administrative and management costs:

| Property | B&M | Labor | Other | Total |
|---|---|---|---|---|
| 4127 S. Michigan | 35,756.75 | 32,331.90 | 0.00 | 68,088.65 |
| **Total Chicago** | **35,756.75** | **32,331.90** | **0.00** | **68,088.65** |
| | | | | |
| 901 Piety (Permitting Costs) | 0.00 | 0.00 | 3,189.19 | 3,189.19 |
| 913 - 915 N. Prieur (Permitting Costs) | 0.00 | 0.00 | 1,031.23 | 1,031.23 |
| 935 N. Prieur (Permitting Costs) | 0.00 | 0.00 | 649.30 | 649.30 |
| 1009 - 1011 N. Claiborne (Permitting Costs) | 0.00 | 0.00 | 547.70 | 547.70 |
| 1013 - 1015 N. Claiborne (Permitting Costs) | 0.00 | 0.00 | 993.04 | 993.04 |
| 1025 N. Claiborne (Permitting Costs) | 0.00 | 0.00 | 954.85 | 954.85 |
| 1031 N. Claiborne (Permitting Costs) | 0.00 | 0.00 | 2,979.12 | 2,979.12 |
| 1425 N. Prieur Street (Permitting Costs) | 0.00 | 0.00 | 2,673.57 | 2,673.57 |
| 1441 - 1443 N. Roman (Permitting Costs) | 0.00 | 0.00 | 323.68 | 323.68 |
| 1839 - 1841 St. Ann (Permitting Costs) | 0.00 | 0.00 | 607.28 | 607.28 |
| 2013 Dumaine (Permitting Costs) | 0.00 | 0.00 | 954.85 | 954.85 |
| 2017 - 2019 Dumaine (Permitting Costs) | 0.00 | 0.00 | 507.98 | 507.98 |
| 2031 - 2033 Dumaine (Permitting Costs) | 0.00 | 0.00 | 1,336.78 | 1,336.78 |
| 2614 St. Claude (Permitting Costs) | 0.00 | 0.00 | 2,100.66 | 2,100.66 |
| New Orleans - Legal | 0.00 | 0.00 | 53,750.00 | 53,750.00 |
| New Orleans - Utilities | 2,351.24 | 0.00 | 0.00 | 2,351.24 |
| **Total New Orleans** | **2,351.24** | **0.00** | **72,599.23** | **74,950.47** |
| | | | | |
| **Total Construction Costs - All Properties** | **38,107.99** | **32,331.90** | **72,599.23** | **143,039.12** |
| | | | | |
| **Total Recurring Costs** | **0.00** | **0.00** | **16,565.00** | **16,565.00** |

| Total Administrative & Management Costs | 0.00 | 0.00 | 14,382.74 | 14,382.74 |
|---|---|---|---|---|
| Total Shared Costs | 38,107.99 | 32,331.90 | 103,546.97 | 173,986.86 |

If you have any questions, please do not hesitate to call.

Very truly yours,

PLATYPUS HOLDINGS, LLC

By:_____

David M. M. Taffet, Manager

**PLATYPUS HOLDINGS, LLC**
**405 NORTH HIGHLAND AVENUE**
**MERION STATION, PA 19066**

December 17, 2013

Jeffrey B. Russell and Rosemary Russell
14 Wood Road
Wilmington, DE 19806

**Re: Platypus Holdings, LLC – November, 2013 Invoice**

Dear Jeffrey and Rosemary:

Herein is our invoice for expenses incurred during November, 2013. The total shared costs for November, 2013 are $99,586.69, net ($112,836.69 less $13,250.00 rental income), and your 30% share is $29,876.01. The total amount due this invoice is $29,876.01.

Assuming delivery of this notice to you on Tuesday, December 17, 2013, you will have until close of business on Friday, December 20, 2013 to make the payment by wire transfer to the following account:

| | |
|---|---|
| Bank Name: | Penn Liberty Bank |
| City, State: | Wayne, PA |
| ABA Routing: | 031918844 |
| Beneficiary: | Platypus Holdings LLC |
| Beneficiary Acct Number: | 0315010868 |

The total shared costs for November, 2013 of $112,836.69 includes: (1) $78,388.49 in construction costs, (2) $18,071.97 in recurring cost, and (3) $16,376.23 in administrative and management costs:

| Property | B&M | Labor | Other | Total |
|---|---|---|---|---|
| 4127 S. Michigan | 40,378.35 | 35,427.09 | 0.00 | 75,805.44 |
| **Total Chicago** | **40,378.35** | **35,427.09** | **0.00** | **75,805.44** |
| | | | | |
| New Orleans - Utilities | 2,583.06 | 0.00 | 0.00 | 2,583.06 |
| **Total New Orleans** | **2,583.06** | **0.00** | **0.00** | **2,583.06** |
| | | | | |
| **Total Construction Costs - All Properties** | **42,961.41** | **35,427.09** | **0.00** | **78,388.49** |
| | | | | |
| **Total Recurring Costs** | **0.00** | **0.00** | **18,071.97** | **18,071.97** |
| | | | | |
| **Total Administrative & Management Costs** | **0.00** | **0.00** | **16,376.23** | **16,376.23** |
| | | | | |
| **Total Shared Costs** | **42,961.41** | **35,427.09** | **34,448.20** | **112,836.69** |

If you have any questions, please do not hesitate to call.

Very truly yours,

PLATYPUS HOLDINGS, LLC

By: _____
David M. M. Taffet, Manager

**PLATYPUS HOLDINGS, LLC**
**405 NORTH HIGHLAND AVENUE**
**MERION STATION, PA  19066**

January 2, 2014

Jeffrey B. Russell and Rosemary Russell
14 Wood Road
Wilmington, DE 19806

Re:  **Platypus Holdings, LLC – December, 2013 Invoice**

Dear Jeffrey and Rosemary:

Herein is our invoice for expenses incurred during December, 2013.  The total shared costs for December, 2013 are $97,129.67, net ($110,379.67 less $13,250.00 rental income), and your 30% share is $29,138.90.  The total amount due this invoice is $29,138.90.

Assuming delivery of this notice to you on Thursday, January 2, 2014, you will have until close of business on Tuesday, January 7, 2014 to make the payment by wire transfer to the following account:

| | |
|---|---|
| Bank Name: | Penn Liberty Bank |
| City, State: | Wayne, PA |
| ABA Routing: | 031918844 |
| Beneficiary: | Platypus Holdings LLC |
| Beneficiary Acct Number: | 0315010868 |

The total shared costs for December, 2013 of $110,379.67 includes: (1) $76,412.12 in construction costs, (2) $17,819.82 in recurring cost, and (3) $16,147.73 in administrative and management costs:

| Property | B&M | Labor | Other | Total |
|---|---|---|---|---|
| 4127 S. Michigan | 39,312.77 | 34,393.02 | 0.00 | 73,705.79 |
| **Total Chicago** | **39,312.77** | **34,393.02** | **0.00** | 73,705.79 |
| | | | | |
| New Orleans - Utilities | 2,706.33 | 0.00 | 0.00 | 2,706.33 |
| **Total New Orleans** | **2,706.33** | **0.00** | **0.00** | 2,706.33 |
| | | | | |
| **Total Construction Costs - All Properties** | **42,019.10** | **34,393.02** | **0.00** | 76,412.12 |
| | | | | |
| **Total Recurring Costs** | **0.00** | **0.00** | **17,819.82** | 17,819.82 |
| | | | | |
| **Total Administrative & Management Costs** | **0.00** | **0.00** | **16,147.73** | 16,147.73 |
| | | | | |
| **Total Shared Costs** | 42,019.10 | 34,393.02 | 33,967.55 | 110,379.67 |

If you have any questions, please do not hesitate to call.

Very truly yours,

PLATYPUS HOLDINGS, LLC

By: _____
     David M. M. Taffet, Manager

**PLATYPUS HOLDINGS, LLC**
**405 NORTH HIGHLAND AVENUE**
**MERION STATION, PA 19066**

February 1, 2014

Jeffrey B. Russell and Rosemary Russell
14 Wood Road
Wilmington, DE 19806

**Re: Platypus Holdings, LLC – January, 2014 Invoice**

Dear Jeffrey and Rosemary:

Herein is our invoice for expenses incurred during January, 2014. The total shared costs for January, 2017 are $137,885.48, net ($151,135.48 less $13,250.00 rental income), and your 30% share is $41,365.64. The total amount due this invoice is $41,365.64.

Assuming delivery of this notice to you on Saturday, February 1, 2014, you will have until close of business on Tuesday, February 4, 2014 to make the payment by wire transfer to the following account:

| | |
|---|---|
| Bank Name: | Penn Liberty Bank |
| City, State: | Wayne, PA |
| ABA Routing: | 031918844 |
| Beneficiary: | Platypus Holdings LLC |
| Beneficiary Acct Number: | 0315010868 |

The total shared costs for January, 2014 of $151,135.48 includes: (1) $109,959.83 in construction costs, (2) $21,601.28 in recurring cost, and (3) $19574.37 in administrative and management costs:

| Property | B&M | Labor | Other | Total |
|---|---|---|---|---|
| 4009 S. Calumet | 32,870.98 | 21,230.98 | 0.00 | 54,101.96 |
| 4127 S. Michigan | 22,326.65 | 16,920.10 | 0.00 | 39,246.75 |
| **Total Chicago** | **55,197.63** | **38,151.08** | **0.00** | **93,348.71** |
| | | | | |
| 4009 S. Calumet - Frozen Pipes | 5,428.32 | 1,024.78 | 0.00 | 6,453.10 |
| 4127 S. Michigan - Frozen Pipes | 6,159.48 | 1,137.69 | 0.00 | 7,297.17 |
| **Total Chicago - Frozen Pipes** | **11,587.80** | **2,162.47** | **0.00** | **13,750.27** |
| | | | | |
| New Orleans - Utilities | 2,860.85 | 0.00 | 0.00 | 2,860.85 |
| **Total New Orleans** | **2,860.85** | **0.00** | **0.00** | **2,860.85** |
| | | | | |
| **Total Construction Costs - All Properties** | **69,646.28** | **40,313.55** | **0.00** | **109,959.83** |
| | | | | |
| **Total Recurring Costs** | **0.00** | **0.00** | **21,601.28** | **21,601.28** |
| | | | | |
| **Total Administrative & Management Costs** | **0.00** | **0.00** | **19,574.37** | **19,574.37** |
| | | | | |
| **Total Shared Costs** | **69,646.28** | **40,313.55** | **41,175.65** | **151,135.48** |

If you have any questions, please do not hesitate to call.

Very truly yours,

PLATYPUS HOLDINGS, LLC

By: _____
David M. M. Taffet, Manager

TAXES

**Jeffrey B. Russell M.D.**

| | |
|---|---|
| **From:** | David M. M. Taffet [dmm@platypus.bz] |
| **Sent:** | Tuesday, January 07, 2014 8:06 AM |
| **To:** | jbrussell@ivf-success.com; rosedelaware@comcast.net |
| **Cc:** | Beingthyself@yahoo.com |
| **Subject:** | December Investors Invoice & Call for Tax Payments due & paid |
| **Attachments:** | December, 2013 Investors Invoice.pdf; Property Tax Assessments Investors Invoice & Backup.pdf |

Rosemary & Jeffrey,

I have attached for your review and payment the invoice for the December expenses and a call for property taxes paid and deferred.

By Friday, please pay $29,138.90 for the December invoice and $31,756.15 for the taxes, which total $60,895.05.

This is in addition to the amount still owed from the invoices for August through November.

David M. M. Taffet
(610) 529-9785

**PLATYPUS HOLDINGS, LLC**
**405 NORTH HIGHLAND AVENUE**
**MERION STATION, PA 19066**

February 16, 2014

Jeffrey B. Russell and Rosemary Russell
14 Wood Road
Wilmington, DE 19806

**Re: Platypus Holdings, LLC – 2nd Call for Interim Working Capital—Capital Call**

Dear Jeffrey and Rosemary:

Herein is a supplemental invoice to fund the working capital account I established through the February 5, 2014, capital call to cover your repeated refusal to pay your capital calls. To date, you have refused to pay and still owe $149,485.70.

Pursuant to Section 4(D) of your subscription agreement, I am making a Capital Call for $30,000 to cover your default on the February 5, 2014, capital call.

As John Gerber communicated in his letter sent earlier today, I have today exercised the cumulative penalties that I have held in abeyance and not waived while trying to negotiate in good faith a mutually beneficial settlement. As a result of exercising the default penalties provided for under 4.3(a) of the operating agreement, both your capital account and your percentage ownership have been reduced 50% for each event of default. Thus, your current ownership has been reduced from 30% to 0.9375% and, as such, your share of this $30,000 capital call (which is distinct from the $30,000 you owed due to your then prevailing percentage ownership for the $100,000 capital call made February 5, 2014) is $281.25.

Under the terms of the operating agreement, you have 3 business days within which to fund this capital call. Thus, you have until the close of business on Wednesday, February 19, 2014, to wire this $281.25 call to the following account:

> Bank Name: Penn Liberty Bank
> City, State: Wayne, PA
> ABA Routing: 031918844
> Beneficiary: Platypus Holdings LLC
> Beneficiary Acct Number: 0315010868

Very truly yours,

PLATYPUS HOLDINGS, LLC

By:_____

David M. M. Taffet, Manager

*2012 TAXES*
*PROPERTY.*

**PLATYPUS HOLDINGS, LLC**
**405 NORTH HIGHLAND AVENUE**
**MERION STATION, PA 19066**

December 17, 2013

*Received*
*January 6,*
*2014*
*(not Dec. 17/.)*

Jeffrey B. Russell and Rosemary Russell
14 Wood Road
Wilmington, DE 19806

Re: **Platypus Holdings, LLC – Property Tax Assessments - 2012 Invoice**

Dear Jeffrey and Rosemary:

Herein is our invoice for the property tax assessments for the fiscal year ended December, 2012. The total shared costs for property tax assessments are $105,853.83, and your 30% share is $31,756.15. The total amount due this invoice is $31,756.15.

Assuming delivery of this notice to you on Tuesday, December 17, 2013, you will have until close of business on Friday, December 20, 2013 to make the payment by wire transfer to the following account:

| | |
|---|---|
| Bank Name: | Penn Liberty Bank |
| City, State: | Wayne, PA |
| ABA Routing: | 031918844 |
| Beneficiary: | Platypus Holdings LLC |
| Beneficiary Acct Number: | 0315010868 |

| Property | B&M | Labor | Other | Total |
|---|---|---|---|---|
| 50 Fairview (Property Taxes) | 0.00 | 0.00 | 19,669.00 | 19,669.00 |
| **Total Lower Merion** | **0.00** | **0.00** | **19,669.00** | **19,669.00** |
| | | | | |
| 1640 E. 50th (Property Taxes) | 0.00 | 0.00 | 2,012.82 | 2,012.82 |
| 4009 S. Calumet (Property Taxes) | 0.00 | 0.00 | 5,571.81 | 5,571.81 |
| 4127 S. Michigan (Property Taxes) | 0.00 | 0.00 | 11,585.20 | 11,585.20 |
| 7430 S. Kenwood (Property Taxes) | 0.00 | 0.00 | 11,412.96 | 11,412.96 |
| **Total Chicago** | **0.00** | **0.00** | **22,998.16** | **22,998.16** |
| | | | | |
| 901 Piety (Property Taxes) | 0.00 | 0.00 | 11,377.88 | 11,377.88 |
| 913 - 915 N. Prieur (Property Taxes) | 0.00 | 0.00 | 0.00 | 0.00 |
| 935 N. Prieur (Property Taxes) | 0.00 | 0.00 | 1,558.62 | 1,558.62 |
| 1009 - 1011 N. Claiborne (Property Taxes) | 0.00 | 0.00 | 22,904.91 | 22,904.91 |
| 1013 - 1015 N. Claiborne (Property Taxes) | 0.00 | 0.00 | 5,889.46 | 5,889.46 |
| 1025 N. Claiborne (Property Taxes) | 0.00 | 0.00 | 4,325.13 | 4,325.13 |
| 1027 N. Claiborne (Property Taxes | 0.00 | 0.00 | 0.00 | 0.00 |
| 1031 N. Claiborne (Property Taxes) | 0.00 | 0.00 | 10,236.19 | 10,236.19 |
| 1425 N. Prieur Street (Property Taxes) | 0.00 | 0.00 | 4,383.65 | 4,383.65 |
| 1441 - 1443 N. Roman (Property Taxes) | 0.00 | 0.00 | 12,150.71 | 12,150.71 |
| 1839 - 1841 St. Ann (Property Taxes) | 0.00 | 0.00 | 389.64 | 389.64 |
| 2013 Dumaine (Property Taxes) | 0.00 | 0.00 | 779.31 | 779.31 |
| 2017 - 2019 Dumaine (Property Taxes) | 0.00 | 0.00 | 584.18 | 584.18 |
| 2031 - 2033 Dumaine (Property Taxes) | 0.00 | 0.00 | 4,272.36 | 4,272.36 |
| 2614 St. Claude (Property Taxes) | 0.00 | 0.00 | 4,003.63 | 4,003.63 |
| **Total New Orleans** | **0.00** | **0.00** | **82,855.67** | **82,855.67** |