**EXHIBIT 5**

**PLATYPUS HOLDINGS, LLC**
**405 NORTH HIGHLAND AVENUE**
**MERION STATION, PA  19066**

April 4, 2012

**Via Email**
*Confidential*

Jeffrey B. Russell and Rosemary Russell
14 Wood Road
Wilmington, DE 19806

      Re:  Platypus Holdings, LLC – proposed Portfolio Investment

Dear Jeffrey and Rosemary:

I am pleased to let you know that Platypus Holdings will be closing on a new Portfolio Investment very shortly.  We are excited about this opportunity.

The material terms of the proposed Portfolio Investment are as follows:

***Location: 4541 S Indiana Ave Chicago, IL 60653***

    *Property type: Condo (6 units)*

    *Purchase price:$175,000*

    *Closing date (estimated): within 30 days*

    *Additional funds to completion (estimated):$100,000*

    *Completion date (estimated): TBD*

    *Value/revenue at completion (estimated): $490,000+*

***Location: 7430 S Kenwood Ave Chicago, IL 60619***

    *Property type: Condo (14 Units)*

    *Purchase price: $120,000*

    *Closing date (estimated): within 30 days*

    *Additional funds to completion (estimated): $200,000*

    *Completion date (estimated): TBD*

    *Value/revenue at completion (estimated): $620,000+*

***Location: 1640 E 50th St Chicago, IL 60615***

    *Property type: Condo (Single Unit)*

    *Purchase price: $35,000*

*Closing date (estimated): within 30 days*

*Additional funds to completion (estimated): $50,000*

*Completion date (estimated): TBD*

*Value/revenue at completion (estimated): $400,000+*

**Location: N Roman St New Orleans, LA**

*Property type: Multi-unit with a commercial property*

*Purchase price: $82,119.20*

*Closing date (estimated): Thursday, April 4, 2012*

*Additional funds to completion (estimated): $60,000*

*Completion date (estimated): TBD*

*Value/revenue at completion (estimated): $340,000+*

**Location: 4127 S Michigan Ave Chicago, IL 60653**

*Property type: Condo (25+ Units)*

*Purchase price: $199,000*

*Closing date (estimated): within 30 days*

*Additional funds to completion (estimated): $375,000*

*Completion date (estimated): TBD*

*Value/revenue at completion (estimated): $1.2 million+*

**Location: 4009 S Caluet Ave Chicago, IL 60653**

*Property type: Condo (6 Units)*

*Purchase price: $145,000*

*Closing date (estimated): within 30 days*

*Additional funds to completion (estimated): $150,000*

*Completion date (estimated): TBD*

*Value/revenue at completion (estimated): $670,000+*

**Location: S Exchange Ave Chicago, IL 60617**

*Property type: Office*

*Purchase price: $120,000*

*Closing date (estimated): within 30 days*

*Additional funds to completion (estimated): $50,000*

*Completion date (estimated): TBD*

*Value/revenue at completion (estimated): $500,000*

**Location: 1025 N Claiborne Ave New Orleans, LA 70116**

*Property type: Warehouse*

*Purchase price: $60,000*

*Closing date (estimated): CLOSED*

*Additional funds to completion (estimated): $250,000*

*Completion date (estimated): 6/2012*

*Value/revenue at completion (estimated): $500,000+*

**Location: Lot Next to 1025 N Claiborne Ave New Orleans, LA 70116**

*Property type: Lot*

*Purchase price: $27,000*

*Closing date (estimated): CLOSED*

*Additional funds to completion (estimated):TBD*

*Completion date (estimated): TBD*

*Value/revenue at completion (estimated): $65,000+*

Accordingly, please consider this notice of your opportunity, as provided in Section 4.1 of the Company's Operating Agreement, to make a Capital Contribution to the Company for purposes of financing this Portfolio Investment. Capitalized terms in this notice have the meanings given to such terms in the Operating Agreement.

As provided in Section 4.2 of the Operating Agreement, which provides, among other things, that the Capital Contribution of each Member shall be such Member's proportionate share of the total Capital Contribution based on their respective Shares, your Capital Contribution for this Portfolio Investment, should you elect to participate, will be $ 288,935.76   (constituting 30% of $963,119.20, the total purchase price and estimated additional funds, based on your Shares).  Tracy and I will each be making Capital Contributions in the amount of $ 337,091.72   (constituting 35% each of the purchase price and estimated additional funds based on our Shares). As we close and incur the transactional fees, we will bill the partnership for those as part of the monthly reimbursement request.

Assuming delivery of this notice to you on Wednesday, April 4, you will have until close of business on Monday, April 9 (i.e., at least three (3) Business Days) to make the Capital Contribution by wire transfer of such funds to the following account:

      Bank Name:             Penn Liberty Bank
      City, State:               Wayne, PA
      ABA Routing:          031918844

  Beneficiary:      Platypus Holdings LLC
  Beneficiary Acct Number:  0315010868

Within such period, you may instead provide notice to the Company if you elect not to make the Capital Contribution with respect to this Portfolio Investment.

We hope that you will find this opportunity worthwhile. If you have any questions, please do not hesitate to call.

            Very truly yours,

            PLATYPUS HOLDINGS, LLC

            By:_____
              David M. M. Taffet, Manager