**EXHIBIT 6**

**From:** David M. M. Taffet [mailto:dmmt@platypus.bz]
**Sent:** Thursday, June 21, 2012 9:51 AM
**To:** jbrussell@ivf-success.com; rosedelaware@comcast.net; sltaffet@comcast.net; beingthyself@yahoo.com
**Cc:** John M. Gerber; John P. Sullivan, CPA, ABV, CVA; Colleen Williams
**Subject:** Fwd: Platypus Financials
**Importance:** High

At long last, we have financial statements repleat with disclaimers and disclosures.

Going forward, updated financial reports will accompany monthly invoices for reimbursement. To that end, Colleen will send May's invoice which I have held until our firm issued these reports.

Please do not hesitate to contact me with any questions you might have.

David M. M. Taffet
(610) 529-9785

Sent from my Samsung Galaxy Note™, an AT&T LTE smartphone


-------- Original message --------
Subject: Platypus Financials
From: "John P. Sullivan, CPA, ABV, CVA" <jsullivan@corduapastore.com>
To: "David M. M. Taffet" <dmmt@platypus.bz>
CC: Platypus Financials

David,

Per your request, attached are the financial statements for Platypus Holdings for the five months ended May 31, 2012.

I look forward to catching up after my vacation.


**John P. Sullivan, CPA/ABV, CVA**

*Director of Consulting Services*

1

Cordua, Pastore & Associates, LLC

1650 Suckle Highway, Suite 3

Pennsauken, NJ 08110

(t) 856-486-2299 x211

(f) 856-486-2038

jsullivan@corduapastore.com

www.corduapastore.com

The information in this email is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you have received this message in error, please notify the sender immediately and promptly destroy any record of this email. Thank you.

To ensure compliance with the requirements of IRS Circular 230, we inform you that the federal tax advice (if any) contained in this communication (including any attachments) is not intended or written to be used, and can not be used, for the purpose of (i) avoiding penalties prescribed by the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

This email and any attachments may not be forwarded to anyone without our express written authorization. Email sent via the Internet is not 100% secure.  When you send or receive email to or from us, you understand this lack of security. Email may contain viruses.  We have taken steps to ensure that this email is free from any viruses when it is sent to you; however, you should take steps to verify that this email is actually virus free when you receive it.