**EXHIBIT 9**

<u>Prepared by:</u>
Trident Land Transfer Company
431 West Lancaster Avenue
Devon, PA  19333-1509
Phone: (610)889-7660
<u>Return To:</u>
ATTN: Post-Closing Department
Trident Land Transfer Company

File Number: 12PA8072

# DEED

Lester P. Schaevitz and Diane Schaevitz, husband and wife, by their agent Stuart R. Lundy, Esquire appointed by Power of Attorney dated 11/6/2012 and is about to be recorded.

to

Jeffrey B. Russell and Rosemary Russell, husband and wife

PREMISES:
50 Fairview Road
Township of Lower Merion
County of Montgomery
PA
Parcel ID 40-00-17395-00-7

The address of the above named Grantee(s) is:
321 Old Gulph Rd, Wynnewood, PA 19096

Certified by:_____

# DEED

THIS INDENTURE made this _12_ day of _Nov._ _2012_.

Between    LESTER P. SCHAEVITZ AND DIANE SCHAEVITZ, HUSBAND AND WIFE, BY THEIR AGENT STUART R. LUNDY, ESQUIRE APPOINTED BY POWER OF ATTORNEY DATED 11/6/2012 AND IS ABOUT TO BE RECORDED., (hereinafter called the Grantors) and

      JEFFREY B. RUSSELL AND ROSEMARY RUSSELL, HUSBAND AND WIFE , (hereinafter called the Grantees)

Witnesseth That the said Grantors for and in consideration of the sum of One Million ($1,000,000.00) Dollars lawful money of the United States of America, unto them well and truly paid by the said Grantees, at or before the sealing and delivery hereof, the receipt whereof is hereby acknowledged, have granted, bargained and sold, released and confirmed, and by these presents do grant, bargain and sell, release and confirm unto the said Grantees, their heirs and assigns, as tenants by the entireties.

## SEE EXHIBIT "A"

TOGETHER with all and singular the improvements, ways, streets, alleys, driveways, passages, waters, water-courses, rights, liberties, privileges, hereditaments and appurtenances, whatsoever unto the hereby granted premises belonging, or in any wise appertaining, and the reversions and remainders, rents, issues, and profits thereof; and all the estate, right, title, interest, property, claim and demand whatsoever of the said Grantors, as well at law as in equity, of, in, and to the same.

TO HAVE AND TO HOLD the said lot or piece of ground above described with the improvements, hereditaments and premises hereby granted, or mentioned, and intended so to be, with the appurtenances, unto the said Grantees, their heirs and assigns, to and for the only proper use and behoof of the said Grantees, their heirs and assigns, forever.

AND the said Grantors do by these presents, covenant, grant and agree, to and with the said Grantees, their heirs and assigns that the said Grantors all and singular the Hereditaments and premises herein above described and granted, or mentioned and intended so to be with the Appurtenances unto the said Grantees, their heirs and assigns, against the said Grantors and against all and every Person or Persons whomsoever lawfully claiming or to claim the same or any part thereof, by from, or under them or any of them, shall and will WARRANT and forever DEFEND.

## Exhibit "A"

ALL THAT CERTAIN lot or piece of ground, Situate in the Township of Lower Merion, County of Montgomery, Commonwealth of Pennsylvania, described in accordance with a Final Subdivision of property of Charles A. Ernst, Jr., made by Yerkes Associates, Inc., Bryn Mawr, Pennsylvania, dated 7/10/1978 and last revised 2/26/1979, as follows, to wit:

BEGINNING at a point on the title line in the bed of Fairview Road, a corner of Lot 4 as shown on said plan; thence along the title line in the bed of Fairview Road South 40 degrees 59 minutes East 20 feet to a monument (set) in line of lands now or late of Penn Valley Womens Club; thence leaving said road along said lands and along Lot 2, South 49 degrees 51 minutes West 350 feet to a point; thence still along Lot 2, South 62 degrees 51 minutes West 333.77 feet to a point in line of Lot 7; thence along same, North 43 degrees 12 minutes West 283.71 feet to a point, a corner of Lot 5; thence along Lot 5, North 49 degrees 1 minute East 360.03 feet to a point, a corner of Lot 4; thence along Lot 4, the two following courses and distances: (1) South 40 degrees 59 minutes East 343.65 feet; and (2) North 49 degrees 51 minutes East 325.03 feet to the first mentioned point and place of beginning.

BEING shown as Lot No. 3, No. 50 Fairview Road on said plan.

TOGETHER WITH AND UNDER AND SUBJECT to a certain Easement and Right-of-Way over a 12 foot by 150 foot portion of the above described lot or piece of ground for the benefit and use of the owners, tenants and occupiers of Lot No. 4, as shown on the above described plan, in common with the owners, tenants and occupiers of the above described premises; Subject further to the responsibility of the owner of Lot No. 4 to pay the cost of installation of so much of the said driveway as the owner of Lot No. 4 uses in common with Lot No. 3, and to the responsibility of the owner of Lot No. 4 to pay the proportionate share of the cost of maintenance and snow removal of said right-of-way; said easement and right-of-way is more fully described as follows:

BEGINNING at a point on the title line in the bed of Fairview Road, said point being a common corner of Lots Numbered 3 and 4 on said plan; thence extending from the point of beginning along the title line in the bed of Fairview Road, South 40 degrees 59 minutes East 12 feet to a point; thence leaving the title line in the bed of Fairview Road and extending through Lot No. 3 on said plan, the two following courses and distances: (1) South 49 degrees 51 minutes West 150 feet to a point; and (2) North 40 degrees 09 minutes West 12 feet to a point; thence extending along Lot No. 4 on said plan, North 49 degrees 51 minutes East 150 feet to the first mentioned point and place of beginning.

ALSO SUBJECT to the continued operation and maintenance of the storm water management facilities.

TAX PARCEL # 40-00-17395-00-7
Being the same premises which Mauri Librett and Martin Weinraub, as Trustees of the Revocable Intervivos Trust for the Benefit of Paula Librett (deceased) by Deed dated 11/18/2005 and recorded 1/31/2006 in Montgomery County in Deed Book 5588 Page 1708 conveyed unto Lester P. Schaevitz and Diane Schaevitz, husband and wife, in fee.

IN THE WITNESS WHEREOF, the said Grantors has/have caused these presents to be duly executed dated the day and year first above written.

SEALED AND DELIVERED
In the presence of us:

_____
Lester P. Schaevitz, by his agent Stuart
R. Lundy, Esquire

_____
Diane Schaevitz by her agent Stuart R.
Lundy, Esquire

COMMONWEALTH OF PENNSYLVANIA        )
COUNTY OF  _Delaware_                )

On this, the _12_ day of _Nov_ _2012_, a notary public the undersigned officer, personally appeared Lester P. Schaevitz and Daine Schaevitz husband and wife, by their agent Stuart R. Lundy, Esquire appointed by Power of Attorney dated 11/6/2012 and is about to be recorded.  known to me (or satisfactorily proven) to be the persons whose name(s) is (are) subscribed to the within instrument, and acknowledged that they/he/she executed the same for the purposes therein contained.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

My Commission Expires:_____        _____
                                             Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
DANA DEWOLF, Notary Public
Tredyffrin Twp., Chester County
My Commission Expires April 25, 2015