**EXHIBIT 11**

**From:** Tracy Renee [mailto:beingthyself@yahoo.com]
**Sent:** Friday, June 22, 2012 7:46 AM
**To:** jbrussell@ivf-success.com
**Subject:** Reimbursement, Credit and Outside Investment

David and I had a wonderful night hanging and connecting with you even with oaxaca food life happens Iand I loved my time...  I am glad that David is beginning to see and understand what I knew right at the beginning-- you are a REAL people hes  more excited about his friendship with you which will allow for us tp all live in the now.

Ok let's talk about your and my favorite subject, MONEY. For the $185,000 I put out, you owe me 30% which only $55,500,  Please wire that to my credit union in Chicago.  I will get you instructions later that way as I do my LAST calls to and for NOLA it is coming from the same place

As For  NOLA upfront fee, your portion of the 487,000 is $146,100. David and I discussed the credits due to you from Indiana and Exchange. The properties were projected to cost about $300,000. We still have deposits out and other expenses. So, for now, let's treat the amount as $280,000. That gives you $84,000 due back.  So, for the $146,100, you can subtract the $84,000 and only pay $62,100.  This is in addition to the $50,000+ in  your May call and whatever the amount is of your upcoming June call which I est at about 62,000 which makes a grand total of 117,600 (with the $55,500 you owe me) plus MAY & JUNE .... great right!!! ( see how I count. thats better then 350 +)  which leaves us to the fucking end of PLATYPUS ; So that Flawless can grow....

so out of real enjoyment in BZ  It's time for us and the Woodlawn property.Its going to make you and me some good money and give us what David calls a leveraged return. I want you to wire $250,000 to the investment account I set up at Penn Liberty.  I'll get you the instructions later today to read over  $200,000 of this will earn a 20% return in a year and a day. $50,000 will be equity where you will get your percentage of the profits with your percentage determined by the total amount of the investment that you, I and the other two investors contribute.  In 6+ months, you and I will work to leverage( re fi between 1.7&2.7 HUGE POSSIBLE RETURN) the property, return our capital and give us extra money to invest elsewhere.  I have already set the closing for early next week, so I will need this early next week.... over view/ bottom line you would be putting out less then expected in P calls but earning a nice return.. welcome to Flawless


*T. Williams*
*".....knowing eternal gratitude"*
*efax: 504-324-0330*

1