**EXHIBIT 12**

-----Original Message-----
**From:** "David M. M. Taffet" <dmmt@platypus.bz>
**Subject: Payment of your original investment and return stemming from the sale of 4847 S. Woodlawn**
**Date:** October 27, 2013 10:12:04 AM EDT
**To:** Rosemary <rosedelaware@comcast.net>
**Cc:** "beingthyself@yahoo.com" <beingthyself@yahoo.com>

Rosemary

Building on the fact that my life is NEVER boring, I offer the following explanation (which should not be confused for an excuse) for the lack of a wire of your proceeds and for my failure to communicate the details before now:

(1) Immediately after the close, Farrakhan, the next door neighbor to Elijah Mohammad's home, the property Tracy sold, burst a vessel (for real--he is actually in the hospital) when he learned that we sold it to a multi-generational, Alabama Jew that was one of the four original backers of the Alabama Chabad House, which is based in Birmingham.  Directly and through his money men, Farrakhan implored Tracy to freeze the transaction with an eye to unwinding it within 30 days and then selling the property to him (AKA The Nation of Islam) for $1 million more than she had just sold it. Thus, she is obligated (READ: THRILLED) to hold the proceeds as we work to a close for what would amount to a bit more than twice the profit she already reaped.

(2) My failure to communicate this development stems from the fact that immediately after the close Jordan took quite ill with a major Crohn's flair up. Tracy and I drove him from college at William & Mary to the hospital here in Philadelphia where he has been and is still admitted. We anticipate his being discharged this afternoon and, assuming that is the case, we will drive him back to school and spend a few days with him until he is adjusted back to college life.

Lots of drama and trauma. Par for the course.

We will wire the funds as soon as the transaction with Farrakhan is either consummated or voided.

David M. M. Taffet
(610) 529-9785