**EXHIBIT 13**

Begin forwarded message:

**From:** "David M. M. Taffet" <dmmt@platypus.bz>
**Subject: RE: woodlawn**
**Date:** November 5, 2013 4:42:22 PM EST
**To:** rosemary russell <rosedelaware@comcast.net>

Understood.

No problem.

Now that I have you in a decision mode, please look again at the E-mail I sent about the Platypus Holdings buy-out options. I will forward it to both of you again now.

David M. M. Taffet
(610) 529-9785

---

From: rosemary russell [rosedelaware@comcast.net]
Sent: Tuesday, November 05, 2013 3:24 PM
To: David M. M. Taffet
Subject: woodlawn

david,

sorry to have deliberated so long.

after great consideration i've decided not to roll over any part of my investment.

i want to thank you for including me in the future plans for this investment and giving me this extra chance. it was a very nice gesture!

if you could send me a cashiers check, as before, to 14 wood road i would be most appreciative.

thank you again, david!

best rosemary