**EXHIBIT 14**

Begin forwarded message:

**From:** "David M. M. Taffet" <dmmt@platypus.bz>
**Subject: Re: woodlawn**
**Date:** January 22, 2014 6:22:25 PM EST
**To:** Tracy Renee <beingthyself@yahoo.com>
**Cc:** rosemary russell <rosedelaware@comcast.net>, "John M. Gerber" <john.gerber@gerbergrowth.com>

As everyone copied is aware, I have had and continue to have no role--equity, management or otherwise--in Woodlawn. As such, I have no influence to exercise or position to articulate.

Rosemary, on the good faith front, please immediately make good on the defaulted capital calls in Platypus Holdings.

The next call will be in less than 10 days.

David M. M. Taffet
(610) 529-9785

Sent on the run (or at odd hours) from my iPhone



On Jan 22, 2014, at 6:01 PM, "Tracy Renee" <beingthyself@yahoo.com> wrote:

as per my emails back to you, there will and can not be a payment sent out until all concerns are met, Again the investor purchase you are focusing on IS NOT A PURCHASE OF SALE OF ALL INTEREST in property IT IS SUPPORT OF DRAMA. again i will update you once ANY WIRES can be sent…

**T. Williams**
*".....knowing eternal gratitude"*
**efax: 901-255-7807**



On Wednesday, January 22, 2014 5:57 PM, rosemary russell <rosedelaware@comcast.net> wrote:

tracy, david,

the sale of the woodlawn property occurred on oct 23, 2013 and the proceeds, as per our agreement from that sale, have not yet been remitted to me.

as mentioned, i am **not** interested in rolling over my assets.

tomorrow will be 90 days past the documented sale of woodlawn for $1,750,000.00.  it closed on october 23, 2013.

i would like this transaction completed in the same good faith that i showed when i invested in both of you.

please remit what is owed to me by the end of business tomorrow, january 23, 2014, in a wire, as per the instructions sent to you, below, at 3:22 pm.

thank you

rosemary



from tracy at 4:45 pm january22,2014

FYI, sorry for broken up emails my pc is giving me issues

**T. Williams**
*".....knowing eternal gratitude"*
**efax: 901-255-7807**



from tracy at 4:18 pm january 22, 2014

IM not shore you received my full response which was the email you attacked was to try to make the process easier. Sorry! working aggressively to  move things forward i will update yours soon as i have solid information of the last court issue from last week.

**T. Williams**
*".....knowing eternal gratitude"*
**efax: 901-255-7807**



from tracy at 4:12 pm january 22, 2014

Im sorry rose mary this purchase was a soft close with one of the investors and as the attach emails I sent out speaks on is  there has been DRAMA. Again once things are clear I will be updating and with prayers wiring out

_____

Rosemary

Building on the fact that my life is NEVER boring, I offer the following explanation (which should not be confused for an excuse) for the lack of a wire of your proceeds and for my failure to communicate the details before now:

(1) Immediately after the close, Farrakhan, the next door neighbor to Elijah Mohammad's home, the property Tracy sold, burst a vessel (for real--he is actually in the hospital) when he learned that we sold it to a multi-generational, Alabama Jew that was one of the four original backers of the Alabama Chabad House, which is based in Birmingham.  Directly and through his money men, Farrakhan implored Tracy to freeze the transaction with an eye to unwinding it within 30 days and then selling the property to him (AKA The Nation of Islam) for $1 million more than she had just sold it. Thus, she is obligated (READ: THRILLED) to hold the proceeds as we work to a close for what would amount to a bit more than twice the profit she already reaped.

(2) My failure to communicate this development stems from the fact that immediately after the close Jordan took quite ill with a major Crohn's flair up. Tracy and I drove him from college at William & Mary to the hospital here in Philadelphia where he has been and is still admitted. We anticipate his being discharged this afternoon and, assuming that is the case, we will drive him back to school and spend a few days with him until he is adjusted back to college life.

Lots of drama and trauma. Par for the course.

We will wire the funds as soon as the transaction with Farrakhan is either consummated or voided.

David M. M. Taffet
(610) 529-9785


On Jan 22, 2014, at 3:57 PM, rosemary russell <rosedelaware@comcast.net> wrote:

Location:
Search

- Views: 1,9884847 S Woodlawn Ave

tracyi was very explicit when i spoke to david about not rolling over my investment for the next possible sale onthis property.  please respect my wishes regarding my investment.rosemary

I. **4847 S Woodlawn Ave, Chicago, IL 60615**

- Photos
- Map
- Bird's Eye
- Street View

View larger



1. <IS-f7t38cdoyuzh.jpg>

II. **Sold on 10/23/13: $1,750,000**

III. Zestimate®: $1,584,180

Est. Mortgage:

$6,879/mo
See current rates on Zillow

- **Bedrooms:** 7 beds
- **Bathrooms:** 5.1 baths
- **Single Family:** 9,728 sq ft
- **Lot:** 0.4 acres
- **Year Built:** 1890
- **Last Sold:** Oct 2013 for $1,750,000
- **Heating Type:** Contact for details
- Correct home facts
- Save this home
- Get updates
- Email
- more
  - Print

- Send to phone
- Get new listings in email
- Post for sale for free
- Post for rent for free
- Set a Make Me Move price
- 
- Claim your home
- Edit home facts and photos
- Report problem with listing

On Jan 22, 2014, at 3:27 PM, Tracy Renee <beingthyself@yahoo.com> wrote:

Proceeds are being held subject to pending purchase. thank you for wire instructions will forward once closed,if at all.

**T. Williams**
*".....knowing eternal gratitude"*
**efax: 901-255-7807**

On Wednesday, January 22, 2014 3:22 PM, rosemary russell <rosedelaware@comcast.net> wrote:
tracy

I realized the sale for woodlawn took place on october 17, 2013.

please return my initial investment and the interest due as per our woodlawn investment agreement.

to that end i would greatly appreciate your wire of the proceeds to my account below, immediately.

thank you very much,

rosemary