# EXHIBIT 15

David M. M. Taffet
(610) 529-9785

---

*efax: 901-255-7807* **From:** Tracy Renee <beingthyself@yahoo.com>
**Subject: Re: woodlawn**
**Date:** January 22, 2014 11:00:43 PM EST
**To:** rosemary russell <rosedelaware@comcast.net>, David Taffet <dmmt@platypus.bz>, JEFFREY RUSSELL <jbrussell@ivf-success.com>
**Cc:** "John M. Gerber" <john.gerber@gerbergrowth.com>
**Reply-To:** Tracy Renee <beingthyself@yahoo.com>

Rosemary,

I looked back at this E-mail with the intentions to give you a better update then my broken emails from earlier and with that said I just now realized that you copied John Gerber so GREAT THATS BE REAL FUCKING CLEAR! Making it legal escalates the issue and reveals your intentions and lack of good intentions. Not a good move. Don't get it twisted: I am not David and I don't have any sympathy or tolerance for a women that operates like a damsel in distress as a friend, partners when it suits them (Platypus) and persistent partners when it suits them (Woodlawn). With Platypus, I will push to have David as Manager exercise his full rights against you and as Manager of Woodlawn, I will hold my legal ground and work for the benefit of the LLC, not for you as an individual. As the manager i made a move for what I believe is a benefit to the llc &I will continue to do just that.

I've made it clear that the company is not in a position to make the payment and I as the Manager I am exploring next steps. This communication is more than you are entitled and all that you are going to get from me.

Since you ADDED JOHN I copied the agreement To remind you of your legal standing, please re-read the following from your subscription agreement:

    1.    Risk Factors. The purchase of the Shares involves certain risks and is suitable only for persons of substantial financial means who have no need for liquidity in their investment and who can bear the risk of potential loss of their entire investment. Among other risks relating an investment in the Shares, the Subscriber acknowledges and has carefully considered, among other things, the following risk factors:

    (a)    Limited Operating History. The Company was formed for the sole purpose of acquiring and investing in the Property. Accordingly, it has no operating history upon which the Subscriber may base an evaluation of its potential future performance. There can be no assurance that the Company will be able to develop the Property as a revenue source or that its investment in the Property will become profitable even if it is able to commercialize the Property.

    (b)    Property Valuation. The value of real property cannot be assured. The Company faces the risks inherent in the ownership, disposition and commercialization of real property, such as fluctuations in property values, construction costs, occupancy rates and operating expenses, an illiquid and uncertain market for the properties (whether for sale or rental), as well as risks of personal injury, property damage, environmental hazards and zoning, permitting or other regulatory matters. There is no assurance that the Property has or will have the value estimated by the Company or the Subscriber or that the Company will be able to derive any of revenues estimated by the Company or the Subscriber. Actual property values, disposition values or revenues may not be sufficient to return the Subscriber's capital or to generally realize profits to generate returns to the Subscriber. The Company may actually suffer loss and incur unwieldy liabilities.

    (c)    Limited Investments. The Company's acquisition, disposition and revenue strategy is speculative and entails substantial risk. There is no assurance that the Company will achieve its objective, and results may vary substantially over time. The Manager will have broad discretion in structuring and negotiating the investment in and financing of the Property, as well as the disposition or other use of that investment once made. Subscriber will not have the opportunity to evaluate personally the relevant economic, financial and other information which will be utilized by the Manager. Since the Property will be the sole investment of the Company, the Company will be concentrated in a single property type and geographic market.

(d) <u>Distributions May Be Limited</u>. Timing and amount of distributions, if any, of Available Cash from Company operations will be determined by the Manager and will be made *pro rata* to the Members, subject to limitations on distributions to the Class C Members and to the Class A Members' priority return of capital. The Company will have Available Cash only after paying or reserving for expenses and obligations of the Company. The Available Cash of the Company is likely to be reduced by amounts to be paid by the Company pursuant to the put and call options relating to the Class B Shares. Accordingly, there is no assurance as to the amount or timing of distributions that Subscriber may receive in respect of his Shares.

(e) <u>Competing Activities and Future Funds</u>. The Manager and her affiliates, partners and employees will devote such time to the business and affairs of the Company as may be necessary for the proper performance of their duties under the Operating Agreement. Such persons will not be expected to devote their full-time to the performance of their respective duties for or on behalf of the Company and have the right to engage, and expect to engage, independently, or with others, in similar and possibly competitive business ventures. Unless permitted by the Manager, no Member, including the Subscriber, will have the right to participate in any future real estate company or investment vehicle in which the Class A Member or the Manager participate.

(f) <u>Need for Additional Financing</u>. The financial success of the Company or its investment in the Property may depend on its ability to raise significant additional capital or obtain loans or other forms of financing, including without limitation the loan contemplated by the Loan Closing. There can be no assurance that additional financing will be available or, if available, that it would be obtainable on acceptable terms, or if obtained, that such additional financing will not be dilutive to the Subscriber.

(g) <u>Dilution</u>. The Shares are fully-dilutable pursuant to terms that will be set forth in the Operating Agreement. Without limiting the foregoing, additional infusions of capital into the Company may have a dilutive effect on the book value of outstanding securities, including Shares, and the Company may issue additional securities to management and other personnel in transactions that may be dilutive to the Shares.

(h) <u>Limitation on Participation in Management</u>. The Company will be managed exclusively by the Manager, which will be Tracy Williams. The Subscriber will have no voting rights and no right to participate in the management of the Company or to otherwise participate in making decisions that may materially affect the value of his investment. Accordingly, the Subscriber, among other things, will have no approval rights with regard to the acquisition, improvement, sale, disposition or any other matter relating to the Property, any transactions of the Company or funding of such matters and transactions, all of which will be made by the Manager in her sole discretion. Subscriber should not purchase Shares unless he is willing to entrust all aspects of management of the Company to the Manager.

(i) <u>Limited Rights to Information</u>. Other than the record of the Members of the Company and their respective capital contributions, information for partner tax returns, the Company's tax returns, the Company's annual financial statements (which need not be audited) and other information that will be expressly required in the Operating Agreement to be provided to the Members, the Subscriber will not have the right to inspect the books and records of the Company or to receive any other information from the Company or its managers.

(j) <u>Restrictions of Transferability of Shares</u>. The Shares have not been registered under the Securities Act of 1933, as amended, and no provision has been made for such registration, or registration or qualification under any state securities laws, so as to permit any public distribution or resale thereof. An investor must be prepared to hold the shares for an indefinite period of time. There is no public market for the Company's Shares. No assurance can be given that the Company will ever effect a public offering of its Shares and there can be no assurance that a market will ever develop in the future. In addition, the Shares offered hereby will be subject to certain additional restrictions on transfer as set forth in Operating Agreement.

(k) <u>Dependence on Manager</u>. The Subscriber will depend on the Manager to manage his investment in the Company. The ability to realize earnings on and a return of his original investment depends upon the Manager's performance in structuring and negotiating desirable investments, dispositions and other transactions relating to the Property and otherwise, among other factors. The Company's business is highly competitive. The loss of services of the Manager would have a negative impact on the Company's operations. The Manager may not be removed so long as she is a Member.

(l) <u>Exculpation and Indemnification</u>. Certain exculpation provisions in the Operating Agreement may limit the rights of action otherwise available to the Members against the Manager absent such limitations. The Company is also responsible for indemnifying the Manager and its affiliates for any losses or damage incurred by it except for losses incurred by any such person primarily attributable to its gross negligence or willful misconduct. The Company may make capital calls from the Member to fund such indemnification obligations and liabilities.

I PRAY YOU HAVE READ THIS WITH CLEAR UNDERSTANDING FROM ME AND I HAVE ALREADY DONE" better than you and in good faith". In my world BULLSHIT and you're a Hypocrite. You invested to show up Jeffery, now please sit back and allow the participating investors to make this a successful one for us all... GOODNIGHT.

T. Williams
"......*knowing eternal gratitude*"