**EXHIBIT 16**

| | | | | |
|---|---|---|---|---|
| **Partner# 5** | | | | 651113 |
| Schedule K-1 (Form 1065) | **2013** | ☐ Final K-1    ☐ Amended K-1 | | OMB No. 1545-0099 |
| Department of the Treasury Internal Revenue Service | For calendar year 2013, or tax year beginning _____ ending _____ | **Part III** Partner's Share of Current Year Income, Deductions, Credits, and Other Items | | |

**Partner's Share of Income, Deductions, Credits, etc.** ► See back of form and separate instructions.

**Part I   Information About the Partnership**

A  Partnership's employer identification number

B  Partnership's name, address, city, state, and ZIP code
4847 S WOODLAWN LLC
1135 S DELANO CT. E APT 815
CHICAGO           IL 60605

C  IRS Center where partnership filed return
Ogden, UT

D  ☐ Check if this is a publicly traded partnership (PTP)

**Part II   Information About the Partner**

E  Partner's identifying number

F  Partner's name, address, city, state, and ZIP code
ROSEMARY L. RUSSELL
14 WOOD ROAD
WILMINGTON         DE 19806

G  ☐ General partner or LLC member-manager     ☒ Limited partner or other LLC member

H  ☒ Domestic partner     ☐ Foreign partner

I1  What type of entity is this partner?  **Individual**

I2  If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here (see instructions) ☐

J  Partner's share of profit, loss, and capital (see instructions):

|  | Beginning | Ending |
|---|---|---|
| Profit | 7.300000 % | 7.820280 % |
| Loss | 7.300000 % | 7.820280 % |
| Capital | 20.000000 % | 15.147608 % |

K  Partner's share of liabilities at year end:
Nonrecourse .................................. $ _____
Qualified nonrecourse financing ........... $ _____
Recourse ..................................... $ _____

L  Partner's capital account analysis:
Beginning capital account ............... $       160,000
Capital contributed during the year ..... $ _____
Current year increase (decrease) ........ $        35,507
Withdrawals & distributions ............. $ (_____)
Ending capital account .................. $       195,507

☐ Tax basis   ☐ GAAP   ☒ Section 704(b) book
☐ Other (explain)

M  Did the partner contribute property with a built-in gain or loss?
☐ Yes   ☒ No
If "Yes," attach statement (see instructions)

**Part III — Partner's Share of Current Year Income, Deductions, Credits, and Other Items**

| Box | Description | Amount | Box | Description | Amount |
|---|---|---|---|---|---|
| 1 | Ordinary business income (loss) | | 15 | Credits | |
| 2 | Net rental real estate income (loss) | | | | |
| 3 | Other net rental income (loss) | | 16 | Foreign transactions | |
| 4 | Guaranteed payments | | | | |
| 5 | Interest income | | | | |
| 6a | Ordinary dividends | | | | |
| 6b | Qualified dividends | | | | |
| 7 | Royalties | | | | |
| 8 | Net short-term capital gain (loss) | | | | |
| 9a | Net long-term capital gain (loss) | | 17 | Alternative minimum tax (AMT) items | |
| 9b | Collectibles (28%) gain (loss) | | | | |
| 9c | Unrecaptured section 1250 gain | | | | |
| 10 | Net section 1231 gain (loss) | | 18 | Tax-exempt income and nondeductible expenses | |
| 11 | Other income (loss) | | | | |
| | | | 19 | Distributions | |
| 12 | Section 179 deduction | | | | |
| 13 | Other deductions | | 20 | Other information | |
| 14 | Self-employment earnings (loss) | | | | |

*See attached statement for additional information.

For Paperwork Reduction Act Notice, see Instructions for Form 1065.    IRS.gov/form1065    Schedule K-1 (Form 1065) 2013
DAA

This list identifies the codes used on Schedule K-1 for all partners and provides summarized reporting information for partners who file Form 1040. For detailed reporting and filing information, see the separate Partner's Instructions for Schedule K-1 and the Instructions for your income tax return.

| | | Report on |
|---|---|---|
| **1.** | **Ordinary business income (loss).** Determine whether the income (loss) is passive or nonpassive and enter on your return as follows. | |
| | Passive loss | See the Partner's Instructions |
| | Passive income | Schedule E, line 28, column (g) |
| | Nonpassive loss | Schedule E, line 28, column (h) |
| | Nonpassive income | Schedule E, line 28, column (j) |
| **2.** | Net rental real estate income (loss) | See the Partner's Instructions |
| **3.** | Other net rental income (loss) | |
| | Net income | Schedule E, line 28, column (g) |
| | Net loss | See the Partner's Instructions |
| **4.** | Guaranteed payments | Schedule E, line 28, column (j) |
| **5.** | Interest income | Form 1040, line 8a |
| **6a.** | Ordinary dividends | Form 1040, line 9a |
| **6b.** | Qualified dividends | Form 1040, line 9b |
| **7.** | Royalties | Schedule E, line 4 |
| **8.** | Net short-term capital gain (loss) | Schedule D, line 5 |
| **9a.** | Net long-term capital gain (loss) | Schedule D, line 12 |
| **9b.** | Collectibles (28%) gain (loss) | 28% Rate Gain Worksheet, line 4 (Schedule D instructions) |
| **9c.** | Unrecaptured section 1250 gain | See the Partner's Instructions |
| **10.** | Net section 1231 gain (loss) | See the Partner's Instructions |
| **11.** | Other income (loss) | |
| | Code | |
| | A Other portfolio income (loss) | See the Partner's Instructions |
| | B Involuntary conversions | See the Partner's Instructions |
| | C Sec. 1256 contracts & straddles | Form 6781, line 1 |
| | D Mining exploration costs recapture | See Pub. 535 |
| | E Cancellation of debt | Form 1040, line 21 or Form 982 |
| | F Other income (loss) | See the Partner's Instructions |
| **12.** | Section 179 deduction | See the Partner's Instructions |
| **13.** | Other deductions | |
| | A Cash contributions (50%) | |
| | B Cash contributions (30%) | |
| | C Noncash contributions (50%) | See the Partner's Instructions |
| | D Noncash contributions (30%) | |
| | E Capital gain property to a 50% organization (30%) | |
| | F Capital gain property (20%) | |
| | G Contributions (100%) | |
| | H Investment interest expense | Form 4952, line 1 |
| | I Deductions—royalty income | Schedule E, line 19 |
| | J Section 59(e)(2) expenditures | See the Partner's Instructions |
| | K Deductions—portfolio (2% floor) | Schedule A, line 23 |
| | L Deductions—portfolio (other) | Schedule A, line 28 |
| | M Amounts paid for medical insurance | Schedule A, line 1 or Form 1040, line 29 |
| | N Educational assistance benefits | See the Partner's Instructions |
| | O Dependent care benefits | Form 2441, line 12 |
| | P Preproductive period expenses | See the Partner's Instructions |
| | Q Commercial revitalization deduction from rental real estate activities | See Form 8582 instructions |
| | R Pensions and IRAs | See the Partner's Instructions |
| | S Reforestation expense deduction | See the Partner's Instructions |
| | T Domestic production activities information | See Form 8903 instructions |
| | U Qualified production activities income | Form 8903, line 7b |
| | V Employer's Form W-2 wages | Form 8903, line 17 |
| | W Other deductions | See the Partner's Instructions |
| **14.** | **Self-employment earnings (loss)** | |
| | Note. If you have a section 179 deduction or any partner-level deductions, see the Partner's Instructions before completing Schedule SE. | |
| | A Net earnings (loss) from self-employment | Schedule SE, Section A or B |
| | B Gross farming or fishing income | See the Partner's Instructions |
| | C Gross non-farm income | See the Partner's Instructions |
| **15.** | Credits | |
| | A Low-income housing credit (section 42(j)(5)) from pre-2008 buildings | |
| | B Low-income housing credit (other) from pre-2008 buildings | |
| | C Low-income housing credit (section) 42(j)(5)) from post-2007 buildings | See the Partner's Instructions |
| | D Low-income housing credit (other) from post-2007 buildings | |
| | E Qualified rehabilitation expenditures (rental real estate) | |
| | F Other rental real estate credits | |
| | G Other rental credits | |
| | H Undistributed capital gains credit | Form 1040, line 71; check box a |
| | I Biofuel producer credit | |
| | J Work opportunity credit | See the Partner's Instructions |
| | K Disabled access credit | |
| | Code | Report on |
| | L Empowerment zone employment credit | |
| | M Credit for increasing research activities | |
| | N Credit for employer social security and Medicare taxes | See the Partner's Instructions |
| | O Backup withholding | |
| | P Other credits | |
| **16.** | Foreign transactions | |
| | A Name of country or U.S. possession | |
| | B Gross income from all sources | Form 1116, Part I |
| | C Gross income sourced at partner level | |
| | Foreign gross income sourced at partnership level | |
| | D Passive category | |
| | E General category | Form 1116, Part I |
| | F Other | |
| | Deductions allocated and apportioned at partner level | |
| | G Interest expense | Form 1116, Part I |
| | H Other | Form 1116, Part I |
| | Deductions allocated and apportioned at partnership level to foreign source income | |
| | I Passive category | |
| | J General category | Form 1116, Part I |
| | K Other | |
| | Other information | |
| | L Total foreign taxes paid | Form 1116, Part II |
| | M Total foreign taxes accrued | Form 1116, Part II |
| | N Reduction in taxes available for credit | Form 1116, line 12 |
| | O Foreign trading gross receipts | Form 8873 |
| | P Extraterritorial income exclusion | Form 8873 |
| | Q Other foreign transactions | See the Partner's Instructions |
| **17.** | Alternative minimum tax (AMT) items | |
| | A Post-1986 depreciation adjustment | |
| | B Adjusted gain or loss | See the Partner's Instructions and the Instructions for Form 6251 |
| | C Depletion (other than oil & gas) | |
| | D Oil, gas, & geothermal—gross income | |
| | E Oil, gas, & geothermal—deductions | |
| | F Other AMT items | |
| **18.** | Tax-exempt income and nondeductible expenses | |
| | A Tax-exempt interest income | Form 1040, line 8b |
| | B Other tax-exempt income | See the Partner's Instructions |
| | C Nondeductible expenses | See the Partner's Instructions |
| **19.** | Distributions | |
| | A Cash and marketable securities | |
| | B Distribution subject to section 737 | See the Partner's Instructions |
| | C Other property | |
| **20.** | Other information | |
| | A Investment income | Form 4952, line 4a |
| | B Investment expenses | Form 4952, line 5 |
| | C Fuel tax credit information | Form 4136 |
| | D Qualified rehabilitation expenditures (other than rental real estate) | See the Partner's Instructions |
| | E Basis of energy property | See the Partner's Instructions |
| | F Recapture of low-income housing credit (section 42(j)(5)) | Form 8611, line 8 |
| | G Recapture of low-income housing credit (other) | Form 8611, line 8 |
| | H Recapture of investment credit | See Form 4255 |
| | I Recapture of other credits | See the Partner's Instructions |
| | J Look-back interest—completed long-term contracts | See Form 8697 |
| | K Look-back interest—income forecast method | See Form 8866 |
| | L Dispositions of property with section 179 deductions | |
| | M Recapture of section 179 deduction | |
| | N Interest expense for corporate partners | |
| | O Section 453(l)(3) information | |
| | P Section 453A(c) information | |
| | Q Section 1260(b) information | |
| | R Interest allocable to production expenditures | See the Partner's Instructions |
| | S CCF nonqualified withdrawals | |
| | T Depletion information—oil and gas | |
| | U Amortization of reforestation costs | |
| | V Unrelated business taxable income | |
| | W Precontribution gain (loss) | |
| | X Section 108(i) information | |
| | Y Net Investment Income | |
| | Z Other information | |

DAA

Partner# 5

| Schedule K-1 | Analysis of Partner's K-1, Current Year Increase (Decrease) Worksheet | 2013 |
|---|---|---|
| | For calendar year 2013, or tax year beginning , and ending | |
| Partnership Name<br>4847 S WOODLAWN LLC | | Employer Identification Number |
| Partner's Name<br>ROSEMARY L. RUSSELL | | Taxpayer Identification Number |

Items Included in Current Year Increase (Decrease):
**Schedule M-2 Additions:**
  **Other Increases:**
    SPECIAL ALLOCATION - 704(b) BOOK                       35,507

                                          Subtotal                       35,507

Total per Schedule K-1, Current Year Increase (Decrease)                       35,507
                                                                                   ============

Partner# 5

**Illinois Department of Revenue**

# Schedule K-1-P

Partner's or Shareholder's Share of Income, Deductions, Credits, and Recapture

Year ending 12/31/13
Month    Year

To be completed by partnerships filing Form IL-1065 or S corporations filing Form IL-1120-ST
Partners and Shareholders receiving Schedule K-1-P should attach this to their Illinois tax return.

IL Attachment No. 12

## Step 1: Identify your partnership or S corporation

1. Check your business type  [X] partnership  [ ] S corporation
3. _____ Write your federal employer identification number (FEIN).
2. 4847 S WOODLAWN LLC
   Write your name as shown on your Form IL-1065 or Form IL-1120-ST.
4. Write the apportionment factor from Form IL-1065 or Form IL-1120-ST, Line 42. Otherwise, write "1."   1.000000

## Step 2: Identify your partner or shareholder

5. ROSEMARY L. RUSSELL
   Name

   Social Security number or FEIN

6. 14 WOOD ROAD
   Mailing address
   WILMINGTON    DE    19806
   City    State    ZIP

8. 7.820280
   Share (%)

9a. Check the appropriate box. See instructions.
   [X] individual    [ ] corporation    [ ] trust
   [ ] partnership   [ ] S corporation  [ ] estate

9b. To be completed by the recipient on Line 5 only.
   I am a: [ ] grantor trust    [ ] disregarded entity
   and the amounts on this Schedule will be reported by:
   Name: _____
   SSN or FEIN: _____

## Step 3: Figure your partner's or shareholder's share of your nonbusiness income

|    |                                                     | A Member's share (See instructions.) | B Member's share allocable to Illinois |
|----|-----------------------------------------------------|---|---|
| 10 | Interest                                            | 10 | |
| 11 | Dividends                                           | 11 | |
| 12 | Rental income                                       | 12 | |
| 13 | Patent royalties                                    | 13 | |
| 14 | Copyright royalties                                 | 14 | |
| 15 | Other royalty income                                | 15 | |
| 16 | Capital gain or loss from real property             | 16 | |
| 17 | Capital gain or loss from tangible personal property | 17 | |
| 18 | Capital gain or loss from intangible personal property | 18 | |
| 19 | Other income and expense _____ Specify            | 19 | |

## Step 4: Figure your partner's or shareholder's share of your business income (loss)

|    |                                                     | A Member's share from U.S. Schedule K-1, less nonbusiness income | B Member's share apportioned to Illinois |
|----|-----------------------------------------------------|---|---|
| 20 | Ordinary income (loss) from trade or business activity | 20 | |
| 21 | Net income (loss) from rental real estate activities | 21 | |
| 22 | Net income (loss) from other rental activities      | 22 | |
| 23 | Interest                                            | 23 | |
| 24 | Dividends                                           | 24 | |
| 25 | Royalties                                           | 25 | |
| 26 | Net short-term capital gain (loss)                  | 26 | |
| 27 | Net long-term capital gain (loss). Total for year.  | 27 | |
| 28 | Unrecaptured Section 1250 gain                      | 28 | |
| 29 | Guaranteed payments to partner (U.S. Form 1065 only) | 29 | |
| 30 | Net Section 1231 gain (loss) (other than casualty or theft). Total for year. | 30 | |
| 31 | Other income and expense _____ Specify            | 31 | |

There are no amounts for page 2.

Schedule K-1-P Front (R-12/13)  ID: 2C9

This form is authorized as outlined by the Illinois Income Tax Act. Disclosure of this information is REQUIRED. Failure to provide this information could result in a penalty.