**EXHIBIT 17**

PLATYPUS HOLDINGS, LLC
Schedule of Real Estate Holdings - Modified Cash/704(b) Basis
July 31, 2012

| | |
|---|---:|
| **704(b) Book Basis of Real Estate - January 2012:** | |
| 901 Piety St New Orleans, LA 70117 | $ 688,603 |
| 913-915 N Prieur St New Orleans, LA 70116 | 222,662 |
| 935 N Prieur St New Orleans, LA 70116 | 140,195 |
| 1425 N Prieur St New Orleans, LA 70116 | 577,272 |
| 1009 N Claiborne Ave New Orleans, LA 70116 | 118,258 |
| 1013-1015 N Claiborne Ave New Orleans, LA 70116 | 214,415 |
| 1025 N Claiborne Ave New Orleans, LA 70116 | 206,169 |
| 1031 N Claiborne Ave New Orleans, LA 70116 | 643,246 |
| 1839-1841 St Ann St New Orleans, LA 70116 | 131,123 |
| 2013 Dumaine St New Orleans, LA 70116 | 206,169 |
| 2017-2019 Dumaine St New Orleans, LA 70116 | 109,682 |
| 2031-2033 Dumaine St New Orleans, LA 70116 | 288,636 |
| 2614 St Claude Ave New Orleans, LA 70117 | 453,571 |
| Total 704(b) Book Basis of Real Estate - January 2012 | 4,000,000 |
| | |
| **Acquisition of Real Estate - February - July 2012:** | |
| 1443 N Roman St New Orleans, LA 70116 | 82,119 |
| • 4127 S Michigan Ave Chicago, IL 60653 | 199,000 |
| • 7430 S Kenwood Ave Chicago, IL 60619 | 98,000 |
| • 4009 Calumet Ave Chicago, IL 60653 | 105,000 |
| • 1640 E 50th St Unit 16-B Chicago, IL 60615 | 35,000 |
| 50 Fairview Road, Penn Valley, PA 19072 | 200,000 |
| Total Acquisition of Real Estate - February - July 2012 | 719,119 |
| | |
| **Capitalized Costs - February - July 2012:** | |
| Building materials | 1,494,852 |
| Cost of labor | 450,754 |
| Soft costs | 181,263 |
| Total capitalized costs - February - July 2012 | 2,126,869 |
| | |
| Total Investment in Real Estate | $ 6,845,988 |