**EXHIBIT 18**

PLATYPUS HOLDINGS, LLC
Schedule of Real Estate Holdings - Modified Cash/704(b) Basis
September 30, 2012

| | |
|---|---:|
| **704(b) Book Basis of Real Estate - January 2012:** | |
| 901 Piety St New Orleans, LA 70117 | $ 809,109 |
| 913-915 N Prieur St New Orleans, LA 70116 | 261,628 |
| 935 N Prieur St New Orleans, LA 70116 | 164,729 |
| 1425 N Prieur St New Orleans, LA 70116 | 678,295 |
| 1009 N Claiborne Ave New Orleans, LA 70116 | 138,953 |
| 1013-1015 N Claiborne Ave New Orleans, LA 70116 | 251,938 |
| 1025 N Claiborne Ave New Orleans, LA 70116 | 242,248 |
| 1031 N Claiborne Ave New Orleans, LA 70116 | 755,814 |
| 1839-1841 St Ann St New Orleans, LA 70116 | 154,070 |
| 2013 Dumaine St New Orleans, LA 70116 | 242,248 |
| 2017-2019 Dumaine St New Orleans, LA 70116 | 128,876 |
| 2031-2033 Dumaine St New Orleans, LA 70116 | 339,147 |
| 2614 St Claude Ave New Orleans, LA 70117 | 532,946 |
| Total 704(b) Book Basis of Real Estate - January 2012 | 4,700,000 |
| | |
| **Acquisition of Real Estate - February - September 2012:** | |
| 1443 N Roman St New Orleans, LA 70116 | 82,119 |
| 4127 S Michigan Ave Chicago, IL 60653 | 199,000 |
| 7430 S Kenwood Ave Chicago, IL 60619 | 98,000 |
| 4009 Calumet Ave Chicago, IL 60653 | 105,000 |
| 1640 E 50th St Unit 16-B Chicago, IL 60615 | 35,000 |
| 50 Fairview Road, Penn Valley, PA 19072 | 200,000 |
| Subtotal - Properties Closed | 719,119 |
| Indiana St & Exchange St , Chicago, IL (NOT CLOSED) | 20,000 |
| Total Acquisition of Real Estate - February - September 2012 | 739,119 |
| | |
| **Capitalized Costs - February - September 2012:** | |
| Building materials | 2,228,625 |
| Cost of labor | 749,053 |
| Soft costs | 281,755 |
| Total capitalized costs - February - September 2012 | 3,259,432 |
| | |
| Total Investment in Real Estate | $ 8,698,551 |

CONFIDENTIAL
Restricted for Management Use Only