**EXHIBIT 19**

# RENT ROLL FOR THE MONTH OF: May 2013

PREPARED BY: Anthony   DATE PREPARED: 05/04/2013

| HOUSE NUMBER | TENANT NAME | SECURITY DEPOSIT | ACTUAL RENTS | MARKET RENTS | DATE OCCUPIED | LEASE EXPIRES | MONTH-TO-MONTH |
|---|---|---|---|---|---|---|---|
| 2019B Dumaine | Michelle Willingham | 750 | 750 | | | | ? |
| 2033A Dumaine | *Eddie Francis* | 0 | 0 | | | | x |
| 2019 Dumaine | Jordan Graham | 750 | 750 | | | 05/31/2014 | |
| 2033B Dumaine | *Calvin Mitchell* | 0 | 0 | | | | x |
| 2033 Rear Dumaine | Adrian Rojas | ? | 350 | | | | x |
| 2033C Dumaine | *Terry White* | 0 | 0 | | | | x |
| 2017 Dumaine | Kristyn Patterson | | 1,000 | | | 05/31/2014 | |
| 2025 Dumaine | Lakeesha Harris | ? | 950 | | | | ? |
| 2025 Rear Dumaine | Dan Patterson | ? | 600 | | | | ? |
| 2031A Dumaine | Grayson Taylor-Harris | ? | 700 | | | | ? |
| 2031B Dumaine | Vacant | 750 | 750 | | | | |
| 1015B N. Claiborne | Damien Settles | 0 | 750 | | | | ? |
| 1013A N. Claiborne | *Richard Taylor* | 0 | 0 | | | | ? |
| 1025 N. Claiborne | Pritchard Mechanic | ? | ? | | | | |
| 1841 St. Ann | Rodney Powell | 750 | 750 | | | | ? |

| | | | | | |
|---|---|---|---|---|---|
| 1839 St. Ann | Anthony Williams | 900 | 900 | | |
| 1841 Rear St. Ann | *Alan Caldera* | 0 | 0 | | |
| 1839 Rear St. Ann | Desmond Lavigne | 0 | 750 | | x |
| 935 N Prieur | Juan Gonzalez | 1,200 | 1,200 | | |
| 913 N Prieur | Vacant | ? | ? | | |
| 915 N Prieur | Vacant | ? | ? | | |
| 1443 N Roman | Vacant | ? | ? | | |
| 909 Salon Iberville | Vacant | ? | ? | | |
| 907 Piety | Vacant | ? | ? | | |
| 4009 Calumet | Cloris Walker | 1250 | 1250 | | |
| 7430 Kenwood | Ralph Williams | 1250 | 1250 | | |
| TOTALS | | $ | $12,700 | $ | |