**EXHIBIT 21**



In the United States District Court for the
Northern District of Illinois, Eastern Division

Blythe Holdings, Inc., a foreign corporation and
Chicago 100, Inc., an Illinois corporation,

Plaintiffs,

v.

Flawless Financial Corporation, an Illinois corporation, *et al.*

Defendants.

No.: 06 CV 5262

Judge Dow

## Judgment Order

This cause coming on to be heard on the plaintiffs' motion for entry of a judgment against Flawless Financial Corporation, Flawless Financial Mortgage Corporation and Tracy Williams the court finds:

1. On January 15, 2009 Flawless Financial Corporation, Flawless Financial Mortgage Corporation and Tracy Williams were found in default due to their failure to appear, to plead or to defend in this action. [Docket No. 220]

2. On November 6, 2009 Flawless Financial Corporation's, Flawless Financial Mortgage Corporation's and Tracy Williams's motion for relief from the order of default under F. R. Civ. P. 55(c) was denied. [Docket No. 262].

3. That plaintiff has sustained damages to its business in the principal amount $3,106,666.66 due to the violations of the R.I.CO. statute, 18 U.S.C. 1962(c) and 18 U.S.C. 1962(d), by Flawless Financial Corporation, Flawless Financial Mortgage Corporation and Tracy Williams.

1

2

4. The injury to plaintiffs' business was a violation of 18 U.S.C. 1962(c) and (d) and thus plaintiff is entitled to treble damages pursuant to 18 U.S.C. 1984(c).

WHEREFORE, the Court enters a default judgment in favor of Blythe Holdings, Inc. and Chicago 100, Inc. and against Flawless Financial Corporation, Flawless Financial Mortgage Corporation and Tracy Williams in the amount of $9,319,999.98 plus costs and attorneys to be determined by a separate petition for same.

May 3, 2013                    ENTER:

                               _____
                               Robert M. Dow, Jr.
                               United States District Judge

Craig D. Tobin
Tomas Petkus
Tobin & Muñoz, L.L.C.
Attorneys for Plaintiffs
Three First National Plaza, #1950
Chicago, IL 60602-4298
Office (312) 641-1321
Facsimile (312) 641-5220
Email  ctobin@barristers.com
       tomaspetkus@barristers.com