**EXHIBIT 27**

**From:** Andrea Townson [mailto:ATownson@upbnk.com]
**Sent:** Friday, March 01, 2013 4:52 PM
**To:** 'Tracy Renee'
**Cc:** 'De Smith'; David M. M. Taffet; 'Jeffrey B. Russell M.D.'; Dorean Stewart; LBrown@upbnk.com; Terrence Young
**Subject:** RE: Application status

Good Afternoon Ms. Williams,

I am not "threatening to cancel the application". To the contrary, I have attempted to keep this deal alive over the protracted application process. Here, unlike the Woodlawn deal,, there will be (3) different project sites, so a question of resource allocation must be addressed. This is further exacerbated by the lack of bank statements to confirm ancillary repayment sources. Moreover, we still do have a clear picture of successfully completed projects. That is the reason I inquired about the status of the Woodlawn project.

Upon recent of the last checklist items, I will move forward with issuing a term sheet and a pre-review with Credit to address any other issues that may arise.  And finally, please feel free to contact anyone in the bank, at any time, as you deem appropriate. We are all working to try to get this opportunity properly reviewed, so that hopefully, it can be approved and funded.

Thank you for your response. I await the requested items.

**Andrea Townson**
**Urban Partnership Bank**
**Telephone:  (773) 420-5382**
**Facsimile:    (773) 420-5614**
**Email:  ATownson@upbnk.com**

**From:** Tracy Renee [mailto:beingthyself@yahoo.com]
**Sent:** Friday, March 01, 2013 3:28 PM
**To:** Andrea Townson
**Cc:** 'De Smith'; David M. M. Taffet; 'Jeffrey B. Russell M.D.'; Dorean Stewart; LBrown@upbnk.com
**Subject:** Re: Application status

Andrea,


Thank you for your follow up. I apologize for taking so long to respond to you, but there were so many emails, lists and attachments to sift through, I wanted to be very thorough.


To be clear, I did not call Dorean Stewart, I spoke with a mutual friend in the financial industry about my concerns over

this application process. She contacted Ms. Stewart and that is how we ended up speaking. I did however reach out to Mr. Levoi Brown. I was simply seeking clarity so that all involved can enjoy a smoother process going forward.

While I do agree that there are some communication problems, the tone of this email seems to be placing the source squarely on one person, namely De. From the sea of emails I can see that we do owe you some items, and there are some items that we sent but were rejected. I can also see where you have been provided most of the documents you requested along with explanations of documents that were not yet available, and requests for clarification on certain items.

I understand that you feel that all requirements were "continually and clearly communicated", however respectfully I beg to differ. Initally, De's requests for clarification on items were frequently met with "refer to the checklist". It was only after De commented about the frequent references to items on the checklist that simply were not there, that you discovered she had been sent the wrong checklist of documents. The explanation provided was that you did not know what kind of loan this was. My understanding is that you spoke with David at the onset and was aware of the type of loan we were seeking.

Another point of confusion is that in some emails you acknowledge receiving certain documents, such as stating in January that you already have the tax and formation documents for Platypus, and then weeks later you list the tax and formation documents for Platypus as outstanding. In some cases you acknowledge that you have a piece of documentation but then you will request information that is incorporated into that same documentation. For example, the scope of work, budget and expected timeline for the projects (based on the date of funding) are specifically laid out in the document containing the property descriptions and projections. De has communicated this to you more than once, yet even today you include it on a list of things that you are "again" requesting.

After your February 15 email listing outstanding documents and threatening to cancel the entire application, De expressed concern as by then she had sent most of those documents to you repeatedly. At that time you disclosed to De that large files do not even reach your inbox. So De created a Dropbox file and sent you the link to the documents you said were missing.

We understand that your sending the wrong checklist was a mistake, and that the email server lack of capacity can in no way be attributed to you. By that same token, to ignore the impact that these two events (which could easily account for a month of  had on the process and simply chalk it up to De's lack of responsiveness is simply unfair and unreasonable. I am not just speaking at her word; I would like to show you the emails that I am seeing with the overwhelming amount of attachments, but since we would run into the same issue, I have attached a single document with screen shots of some sent pages directly from her own account as well as the Dropbox folder, showing the attachments.

The other guarantors, were provided with the list as supplied by you. You were copied on the correspondence to them and were aware that neither De, David nor I would be privy to any subsequent communications and would thus no way to monitor the responses. Further the "Fund Statement" that you are requesting from Jeffrey Russell was not included on the list of documents you provided for us to share, nor it was not on the list of "outstanding items" on your February 15 email.

Unless this is something that was requested directly from Jeffrey by UPB, the first that any of us have seen this item is on the email you sent this morning stating that you are requesting it "again".

Also, when we worked together to attempt to fund our project on Woodlawn, David provided you with a statement summarizing his experience and mine as the principal partners of Platypus Holdings, and a definition of the role of our silent partners. That same statement, acceptable at that time, is the one De provided to you. When it was rejected and more specific information was requested, it took time to gather that information and provide it to you, but it was provided to you. Also, as clarified in my email to you yesterday, De oversees our Chicago projects and is an authorized representative of Platypus Holdings. So it was made clear what everyone's role is in the project.

Throughout your emails, De explained the status of the year end financials. The financials sent to you, in draft and then in final, show all of the financial activities related to all of the properties.They were not manufactured by De. Those documents--the statement, balance sheet and cash flow were prepared by John Sullivan, CPA of Cordua, Pastore and Associates.

By my calculations, I can see from the emails that De has sent the following:

-Property Descriptions with Pictures, Budgets, Project descriptions (with the timeline for completion listed with each description), Timeframes for Completion, Market Rents, and Financial Projections

-Proof of ownership (in the form of HUD documents) for all four properties

-Corporate Documents and Operating Agreements for all four properties' LLCs

-2 years' Tax Returns for David Taffet (2011 is an extension which was provided to you)

-4506T for David

-David's Drivers License

-2 years' Tax Returns for Tracy Williams

-2 years' Tax Returns for Platypus Holdings

-Platypus Holdings Corporate Documents (formation, good standing, operating agreement)

-Contractor Agreement

-General Contractor's Proof of License

-General Contractor's Proof of Insurance and Workers Compensation

-Financial Statements as of Third Quarter 2012 along with more than one explanation as to when the updated financials would become available.

-An explanation of everyone's role in the project

-A list of completed Chicago projects

-An update on the status of drawings and permits (De explained this in the body of two emails)

And we owe you the following:

-Personal bank statements for the principals
-Bank statements for Platypus Holdings
-Sources and Uses Statement (David is working with De on this)

and the items you requested today:

-"Fund Statement" for Jeffrey Russell
-Although the properties were added to the portfolio in 2012, per your request we will provide you with 2011 financials.
-YES the projects will run concurrently, and the timeframe for completing each property is already included in the property description/projection document.

Please understand that, in sharing my concerns with someone who saw fit to speak with an officer at your bank, I have by no means attempted nor had I planned to to move the actual application past you into underwriting as you implied in your email that I might.

We would like to work with Urban Partnership Bank. I truly appreciate the bank's vision and direction, and since we are both working in the black community I feel a partnership with UPB just makes sense. That is why we came to you to fund our plan for the Minister Elijah Muhammad's former home. Although UPB opted not to fund that project, I did enjoy working with you and speaking to you about our plans in Chicago and would like to build a relationship.

If in you in your capacity deem that we should move on to another bank, and your officers are in agreement, then I certainly respect that as well. However, if you would like to work together as we hope to work with you, we would like to move forward with scheduling a meeting. I believe it will go a long way in establishing this relationship. Please let us know when it is a good time to meet so that we can make the appropriate travel arrangements.

Thank you.

T. Williams
".....knowing eternal gratitude"
efax: 504-324-0330

--- On **Fri, 3/1/13, Andrea Townson <ATownson@upbnk.com>** wrote:

From: Andrea Townson <ATownson@upbnk.com>
Subject: Application status
To: "'Tracy Williams'" <beingthyself@yahoo.com>
Cc: "'De Smith'" <wisevsd@gmail.com>, "David M. M. Taffet" <dmmt@platypus.bz>, "'Jeffrey B. Russell M.D.'" <jbrussell@ivf-success.com>, "Dorean Stewart" <DStewart@upbnk.com>
Date: Friday, March 1, 2013, 8:43 AM

Good Morning Ms. Williams,

I am writing in follow up to your call to Dorean Stewart concerning the status of your application. I am sorry to hear that you have concerns regarding delays in the process. First,

let me address what I believe to be a communication problem between both the partners and the bank.

Throughout this process, I have been advised that Ms. Smith is the contact point for this opportunity. Hence I have been in direct contact with her throughout the protracted process of trying to get a complete and cohesive application that can be submitted to Credit for review.

To date, despite expended efforts, that has not happened. Even as late as yesterday, we had not received even basic _final_ financial statements. In addition, we are still awaiting various documents needed from each guarantor. These checklist items have been continually and clearly communicated to Ms. Smith.

In summary, we cannot move forward without the basic items needed to underwrite, and lacking answers to questions regarding the role and experience of the parties. Again, we just received the disclosure of your completed Chicago projects yesterday. Please note that any attempt to move this to underwriting pre-maturely would result in decline.

Going forward, I will certainly make sure that all parties, in addition to Ms. Smith, are included in the mail updates. Finally, as was suggested yesterday, it would be a good idea for us to schedule a meeting so that we can get a better understanding of the relationship here. Otherwise, you may wish to re-consider whether you wish to move forward with us.

Again, thank you for this opportunity. We remain committed to fully reviewing this for approval, subject to receipt of a complete and cohesive application. As always, please feel free to contact me with any questions.

**Andrea Townson**

**Urban Partnership Bank**

**Telephone:  (773) 420-5382**

**Facsimile:    (773) 420-5614**

**Email:  ATownson@upbnk.com**

This transmission may contain information that is privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or hard copy format.