**EXHIBIT 28**

**From:** Andrea Townson [mailto:ATownson@upbnk.com]
**Sent:** Wednesday, March 27, 2013 11:50 AM
**To:** 'De Smith' (wisevsd@gmail.com)
**Cc:** David M. M. Taffet (dmmt@platypus.bz); Tracy Renee (beingthyself@yahoo.com); 'Jeffrey B. Russell M.D.' (jbrussell@ivf-success.com)
**Subject:** Outstanding Items,


Hi De,

Ok, all , we are moving forward to underwriting, pending receipt  of the credit and background checks, due next week. However, there are  housekeeping items,

1 . confirmed personal bank statements for Tracy (we discussed yesterday)

2.  separate budget (Sources/Uses) of  each project **that includes  developer and overhead costs and schedule**.   Are this projects to be done simultaneously?. Even though this
    is  structured as one large loan, Credit will absolutely require final reconciled budgets so proceeds can be properly disbursed at the title company.

3. Finally, I would also suggest that you forward the 3/31 bank statement for Platypus when it is received, due to the negative balance issue in the 1/31 statement.

Unless issues arise with the background checks, I look to get this to underwriting next week. Please note that U/W may have additional questions. Also, with respect to the  appraisals please be sure that you have provided the <u>final specs</u> so that the properties will be given full credit for the intended upgrades. Otherwise, I can only go with the general specs you have provided. The appraisals will be ordered after the files  goes to underwriting.

Thank you.

**Andrea Townson**
**Urban Partnership Bank**
**Telephone:  (773) 420-5382**
**Facsimile:    (773) 420-5614**
**Email:  ATownson@upbnk.com**


This transmission may contain information that is privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the information contained herein (including any reliance thereon) is STRICTLY

1

PROHIBITED. If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or hard copy format.