**EXHIBIT 29**

**From:** Andrea Townson [mailto:ATownson@upbnk.com]
**Sent:** Wednesday, April 10, 2013 9:45 AM
**To:** Tracy Renee (beingthyself@yahoo.com)
**Cc:** 'De Smith' (wisevsd@gmail.com); 'Jeffrey B. Russell M.D.' (jbrussell@ivf-success.com); David M. M. Taffet (dmmt@platypus.bz)
**Subject:** FW: FRM662000 / Platypus Holding / Urban Partnership Bank

Ms. Williams,

Please address . Thank you.

**Andrea Townson**
**Urban Partnership Bank**
**Telephone:  (773) 420-5382**
**Facsimile:    (773) 420-5614**
**Email:  ATownson@upbnk.com**

**From:** Deborah Pearce [mailto:Deborah.Pearce@frm-inc.com]
**Sent:** Tuesday, April 09, 2013 4:50 PM
**To:** Andrea Townson
**Cc:** Derek Dehoog; Cherie Sauve
**Subject:** FRM662000 / Platypus Holding / Urban Partnership Bank

Ms. Townson,

With regard to the above file, when pulling the credit report for Tracy R. Williams, TransUnion is marked that it has been frozen by the consumer.  The subject will have to contact TransUnion to have the freeze lifted for a 24 hour period, or otherwise, provide to FRM a pin number to access the bureau.  The following website (s) will facilitate the subject in lifting the freeze on the bureau.

TransUnion:  http://www.transunion.com/corporate/personal/fraudIdentityTheft/fraudPrevention/securityFreeze.page

Security freezes may be requested by the consumer in some states when they are the victim of identity theft in which case, the freeze is usually a free service to the consumer.

In many states; however, a consumer has the right to request a freeze independent of identity theft for a small fee.

Please advise when the freeze has been lifted and we will again try to obtain the credit bureau report.

1

Thank you and if you have any questions, please let me know.


Deborah Pearce
Marketing Assistant
Financial Risk Mitigation, Inc.
2332 N. Arnoult Road
Metairie, LA  70001, USA
deborah.pearce@frm-inc.com
(504) 840-4221 (Direct Corporate Office Switch)
(504) 620-0686 (Corporate Office General Switch)
(504) 620-0696 (Fax)

This message may contain confidential and privileged information exempt from disclosure under law. It is intended only for the individual named. If you are not the named addressee, you should not disseminate, distribute, or copy this email. Please notify the sender immediately by email if you have received this email by mistake and delete this email from your system.

Email transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender, therefore, does not accept liability for any errors or omissions in the contents of this message which arise as a result of email transmission. If verification is required, please request a hard-copy version.


This transmission may contain information that is privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or hard copy format.