**EXHIBIT 30**

**From:** Tracy Renee [mailto:beingthyself@yahoo.com]
**Sent:** Tuesday, April 23, 2013 4:39 PM
**To:** Andrea Townson
**Cc:** David M. M. Taffet; 'Jeffrey B. Russell M.D.' (jbrussell@ivf-success.com)
**Subject:** Re: 2012 Partnership Tax Returns

Andrea, we have discussed and received evidence of my portfolio and experience right from the beginning of this process. Indeed, you received it when we were discussing Woodlawn also. By the time this goes to credit I will have done another 4 completed sites

Sent from my iPhone

On Apr 23, 2013, at 3:32 PM, Andrea Townson <ATownson@upbnk.com> wrote:

> **You may not be required to guaratee. However, ans the "now dislcoed owner of the construction compamy backgroud  questiosan re stil lonthe tble. If Flawless is a new company , that noe generates questions of expereienc  and competence. References? Project in Process? Financials?**
> **Andrea Townson**
> **Urban Partnership Bank**
> **Telephone:  (773) 420-5382**
> **Facsimile:     (773) 420-5614**
> **Email:  ATownson@upbnk.com**
>
> **From:** Tracy Renee [mailto:beingthyself@yahoo.com]
> **Sent:** Tuesday, April 23, 2013 3:24 PM
> **To:** David M. M. Taffet
> **Cc:** Andrea Townson; 'Jeffrey B. Russell M.D.' (jbrussell@ivf-success.com)
> **Subject:** Re: 2012 Partnership Tax Returns
>
> Ok question ? Why does there need to 3 guarantors? And the company on a business loan! With my name being common based on our conversation it's going to take time to go through.
>
> Sent from my iPhone
>
> On Apr 23, 2013, at 3:18 PM, "David M. M. Taffet" <dmmt@platypus.bz> wrote:
>
>> I filed an extension.
>>
>> David M. M. Taffet
>> (610) 529-9785

1

Sent on the run (or at odd hours) from my iPhone

On Apr 23, 2013, at 1:47 PM, "Andrea Townson" <ATownson@upbnk.com> wrote:

> Are 2012 Tax Returns available for anyone?
>
> **Andrea Townson**
> **Urban Partnership Bank**
> **Telephone:  (773) 420-5382**
> **Facsimile:    (773) 420-5614**
> **Email:  ATownson@upbnk.com**
>
>
> This transmission may contain information that is privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or hard copy format.

This transmission may contain information that is privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or hard copy format.