**EXHIBIT 33**

## Jeffrey B. Russell M.D.

| | |
|---|---|
| From: | David M. M. Taffet [dmmt@platypus.bz] |
| Sent: | Saturday, February 01, 2014 9:12 PM |
| To: | John M. Gerber |
| Cc: | jbrussell@ivf-success.com; beingthyself@yahoo.com |
| Subject: | Final Accounting for the Separation Agreement |
| Attachments: | January, 2014 Investors Invoice.pdf |

**Importance:** High

John,

Through the Month of July 2013, just prior to the failed buyout, the amount the Russells invested in hard dollars (AKA Capital Costs) was $3,042,740.54.

Since then, the Russells invested the following hard dollars:

* August 2013: $191,230.81 in Capital Cost at 30% = $57,369.24

* September 2013: $183,517.18 in Capital Cost at 30% = $55,055.15

* October 2013: $74,950.47 minus $53,750.00 in legal and $2,351.24 in Utilities, which is $18,849.23 in Capital Cost at 30% = $5,654.77

* November 2013: $75,805.44 in Capital Cost at 30% = $22,741.63

   December 2013: $73,705.79 in Capital Cost at 30% = $22,111.73

* January 2014: $109,959.83 minus $2,860.85 in Utilities, which is $107,098.98 in Capital Cost at 30% = $32,129.69 (See Attached)

Thus, the total amount of Hard Cost that Tracy and I will repay, subject to set offs for interest and fees associated with loans and expenses, if any, that we are required to incur to cover the loss of the Russell's partnership participation, is $3,269,932.44.

As part of our agreement to allow the Russells to exit the partnership, Jeffrey has agreed to pay in full all amounts owed for invoices through January's. To that end, Jeffrey owes $17,225.10 for the months August through November, $60,895.05 for December and $41,365.64 for January. The total amount Jeffrey needs to wire is $119,485.79, which Tracy and I would like him to send directly to me given that I am the one that carried the burden of the non-payment. My wiring directions for the $119,485.79 are as follows:

Citizens Bank
225 West Lancaster Avenue
Ardmore, PA 19003
ABA: 036076150
Account: David & Sharon Taffet
Account#: 6204214881

Jeffrey, given that you acknowledge that you have the funds and now that you realize as a result of Tracy's disclosures that you have caused me serious financial strain by not paying, would very much appreciate it if you would wire these funds first thing this week. I have lead in good faith; I would very much appreciate it if you would return the favor.

Tracy and I are looking forward to getting this behind us.

1

Jeffrey, please make sure Rosemary is on board.

John, we appreciate your finalizing these agreements with full releases in short order.

David M. M. Taffet
(610) 529-9785

2