**EXHIBIT 34**

-----Original Message-----
From: David M. M. Taffet [mailto:dmmt@platypus.bz]
Sent: Wednesday, February 5, 2014 11:57 AM
To: jbrussell@ivf-success.com; rosedelaware@comcast.net
Cc: beingthyself@yahoo.com; John M. Gerber
Subject: Capital Call to Fund Working Capital
Importance: High

Rosemary & Jeffrey,

I am writing to resend you the $41,365.64 January invoice that Jeffrey has already refused to pay. Still, it is due by the close of business today and I wish to remind you of that obligation.

I am also writing to make a $30,000 Capital Call for interim working capital.  As the attachment describes in great detail, your repeated refusal to pay what now amounts to $119,485.70 has obligated me to avail myself to the contractual right to make unlimited capital calls for any company need including, but not limited to, working capital. Tracy and I are each putting
$35,000 in the business to fund working capital. We will require your
$30,000 by the close of business on Monday.

We would appreciate prompt payment of both your now past due obligations and of this $30,000 call.

Thank you.


David M. M. Taffet
(610) 529-9785

1

***PLATYPUS HOLDINGS, LLC***
***405 NORTH HIGHLAND AVENUE***
***MERION STATION, PA 19066***

February 5, 2014

Jeffrey B. Russell and Rosemary Russell
14 Wood Road
Wilmington, DE 19806

**Re: Platypus Holdings, LLC – Interim Working Capital—Capital Call**

Dear Jeffrey and Rosemary:

Herein is our invoice to create a working capital account to cover your repeated refusal to pay your capital calls. To date, you have refused to pay and still owe $119,485.70, every dollar of which I fronted and, to date, have carried.

I am reaching financial exhaustion with your defaults and, as such, I cannot continue to operate as we had, which was without working capital, relying instead on my fronting expenses and asking for reimbursement at the end of each month.  To that end, pursuant to Section 4(D) of your subscription agreement, which expressly provides for "unlimited capital calls" and which explicitly allows for capital calls to fund "working capital", I am making a Capital Call for $30,000.  Tracy and I will each fund our respective 35%, which is $35,000 each.

Under the terms of the operating agreement, you have 3 business days within which to fund this capital call.  Thus, you have until the close of business on Monday, February 10, 2014, to wire this $30,000 call to the following account:

        Bank Name:  Penn Liberty Bank
        City, State:  Wayne, PA
        ABA Routing: 031918844
        Beneficiary:  Platypus Holdings LLC
        Beneficiary Acct Number: 0315010868

        Very truly yours,

        PLATYPUS HOLDINGS, LLC

        By:_____

        David M. M. Taffet, Manager