IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PLATYPUS HOLDINGS, LLC,           )
                                                      )
    Plaintiff and Counterclaim Defendant,  )
                                                      )
    v.                                        ) C.A. No. 14-cv-00999-NIQA
                                                      )
JEFFREY B. RUSSELL and             )
ROSEMARY RUSSELL,                  ) Jury Trial Demanded
                                                      )
    Defendants and Counterclaim Plaintiffs  )
                                                      )
                                                      )

## VERIFICATION

I, Rosemary Russell, hereby state as follows:

3.     I have read the foregoing First Amended Answer, Affirmative Defenses and Counterclaim and hereby state that the facts set forth therein are true and correct to the best of my knowledge or information and belief.

4.     I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 30, 2014

                                                                         /s/ Rosemary Russell
                                                                         Rosemary Russell