IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PLATYPUS HOLDINGS, LLC<br>*Plaintiff* | : | CIVIL ACTION |
| | : | |
| | : | NO. 14-0999 |
| v. | : | |
| | : | |
| JEFFREY B. RUSSELL, M.D., *et al.*<br>*Defendants* | : | |

# O R D E R

**AND NOW,** this 9th day of October 2014, upon consideration of the *motion to dismiss for the absence of subject matter jurisdiction* filed by Plaintiff Platypus Holdings, LLC ("Plaintiff"), [ECF 27], the opposition thereto filed by Defendants Jeffrey B. Russell, M.D., and Rosemary Russell, [ECF 31], the reply of Plaintiff, [ECF 41], the allegations contained in the complaint, [ECF 1], and in the amended complaint, [ECF 12], and for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** that the motion to dismiss is **GRANTED,** and this matter is dismissed in its entirety for lack of subject matter jurisdiction.

BY THE COURT:

_____
NITZA I. QUIÑONES ALEJANDRO, J.